JUDGE DAVID GUADERRAMA
FILED
2020 FEB -6 PM 2: 05
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. EP-20-CR-_____ |
| | § | |
| PATRICK WOOD CRUSIUS, | § | |
| Defendant. | § | |

**EP20CR0389**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus (**XX**) **ad prosequendum** ( ) **ad testificandum**; and,

1. Name of Detainee: **PATRICK WOOD CRUSIUS, DOB: 07/27/1998**

2. Name of custodian and place of confinement:  **Sheriff of El Paso County Texas**
   **El Paso County Texas Detention Facility**
   **601 E. Overland**
   **El Paso, Texas 79901**

3. Detainee is charged in this district by (XX) Indictment ( ) Information ( ) Complaint, ( ) Revocation of Supervised Release/Probation, OR is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on **Wednesday, February 12, 2020, at 10:00 a.m.,** before **U.S. Magistrate Judge Miguel A. Torres** for an Initial Appearance, at the United States Courthouse, 525 Magoffin Ave., El Paso Magistrate Courtroom, Room 712, El Paso, Texas 79901, **for any and all future court proceedings.**

Respectfully submitted,

_____
JOHN F. BASH
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS

## WRIT OF HABEAS CORPUS

(XX) Ad Prosequendum                                      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby **ORDERED** to produce the named detainee on the date and at the time recited above, and for any further proceedings to be had in this cause; and at the conclusion of said proceedings, to return said detainee to the above-named custodian.

Date signed: 2-6-20                         _____
                                            UNITED STATES MAGISTRATE JUDGE