AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Patrick Wood Crusius<br>*Defendant* | ) ) ) ) ) ) ) | Case No. EP-20-CR-389-DCG |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Patrick Wood Crusius,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-22: 18:249(a)(2) -Hate Crime Resulting in Death
Counts 23-44: 18:924(c)(j)(1)-Use of a Firearm to Commit Murder During and In Relation to a Crime of Violence
Counts 45-67: 18:249(a)(2)-Hate Crime Involving Attempt to Kill
Counts 68-90: 18:924(c)- Use of a Firearm During and In Relation to a Crime of Violence

Date: 02/06/2020

*Issuing officer's signature*

City and state: El Paso, Texas

Michael E. Trujillo, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*