IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | CAUSE NO.: EP-20-CR-00389-DCG |
| v. | § § § | |
| PATRICK WOOD CRUSIUS, | § § | |
| Defendant. | § | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO PREVENT DEFENDANT FROM APPEARING IN COURT SHACKLED AND IN JAIL CLOTHING

The undersigned Assistant United States Attorney for the Western District of Texas files this Government Response to Defendant's Motion to Prevent Defendant from Appearing in Court Shackled and in Jail Clothing.

It is the Government's position that the United States Marshals Service (USMS), in conjunction with this Court, should ultimately decide the best manner in which the Defendant should be transported and how he should appear in court. However, in this particular instance, the Government holds no objection to the Defendant being transported to and from the Courthouse without a "perp walk."

A Court may appropriately order a Defendant shackled during an initial appearance when compelling circumstances exist that some measure is needed to maintain the security of the courtroom. *See Deck v. Missouri,* 544 U.S. 622, 626 (2005) quoting *Blackstone, Commentaries on the Laws of England (1769)*, at 317; see also *Trial of Christopher Layer*, 16 How. St. Tr. 94, 99 (K.B.1722)(shackling at arraignment not constitutionally prohibited); *United States v. Howard*, 480 F.3d 1005, 1012 (9th Cir. 2007). In this circumstance, legitimate public safety and security

issues justify this basic and standard safety protocol given the nature of the alleged offenses with which the Defendant is charged.

                                        Respectfully submitted,

                                        JOHN F. BASH
                                        UNITED STATES ATTORNEY

By:   \_\_/S/_____
       IAN MARTINEZ HANNA
       Assistant United States Attorney
       Texas Bar Number # 24057885
       700 E. San Antonio, Ste. 200
       El Paso, Texas 79901
       Telephone (915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2020, a copy of the forgoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

David Lane
Attorney for the Defendant

By:   \_\_/S/_____
       IAN MARTINEZ HANNA
       Assistant United States Attorney