UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | EP-20-CR-00389-DCG |
| PATRICK WOOD CRUSIUS, | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant Patrick Wood Crusius's "Motion to Require Private Transportation to and From the Courtroom and to Preclude the Government From Exposing Mr. Crusius to Public View During Transportation" (ECF No. 13), filed on February 11, 2020. Therein, Defendant requests the Court to order the U.S. Marshalls to transport him to and from the courtroom privately, out of public view, during transportation to and from the courtroom. The U.S. Marshalls have informed the Court that the transportation procedures described in Defendant's motion are already in place because of the nature of this case and the potential security concerns it raises.

Accordingly, **IT IS ORDERED** that Defendant Patrick Wood Crusius' "Motion to Require Private Transportation to and From the Courtroom and to Preclude the Government From Exposing Mr. Crusius to Public View During Transportation" (ECF No. 13), is **GRANTED**.

So ORDERED and SIGNED this 11th day of February 2020.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE