

**U.S. Department of Justice**

**United States Marshals Service**
*Western District of Texas*

FILED

2020 FEB 21  PM 4: 28

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States Courthouse
525 Magoffin Street, Suite 161
El Paso, Texas 79901

February 7, 2020

**MEMORANDUM TO:**  United States Attorney's Office
Attn: AUSA Jose Luis Gonzalez

**FROM:** Betty Cabrera, Investigative Research Specialist
W/TX - El Paso Division - Warrants Section

**SUBJECT:** Notice of Incarceration of Federal Prisoner

The below-named defendant was arrested:

| | |
|---|---|
| **DEFENDANT:** | Patrick Wood CRUSIUS |
| **CASE #(S):** | EP-20-CR-389-DCG |
| **VIOLATION(S):** | Hate Crime Resulting in Death |
| **DATE OF ARREST/DETAINER:** | DETAINER FILED: February 6, 2020 |
| **INCARCERATED IN:** | * El Paso County Detention Facility |
| | (County Jail/*BOP/TDC)  **Contact the USMS Criminal Clerk @ 534-6779 to coordinate defendant's arrival.** |

*\* Detainer filed with   **El Paso County Detention Facility**   by the United States Marshals Service in  **El Paso, Texas**  . If the defendant is needed for court, the United States Attorney needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad prosequendum to bring   defendant to court.*

cc:  U.S. District Clerk/U.S. Magistrate
U.S. Probation/U.S. Pre-Trial
U.S. Marshals Service (Criminal Clerk)
U.S. Marshals Service (D.E.O.)
U.S. Marshals Service (USM123 File)