AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

2020 MAR 12 PM 4: 26

| | |
|---|---|
| United States of America<br>v.<br><br>Patrick Wood Crusius<br>*Defendant* | )<br>)  Case No.  EP-20-CR-389-DCG<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Patrick Wood Crusius,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-22: 18:249(a)(2) -Hate Crime Resulting in Death
Counts 23-44: 18:924(c)(j)(1)-Use of a Firearm to Commit Murder During and In Relation to a Crime of Violence
Counts 45-67: 18:249(a)(2)-Hate Crime Involving Attempt to Kill
Counts 68-90: 18:924(c)- Use of a Firearm During and In Relation to a Crime of Violence

Date:  02/06/2020

*Issuing officer's signature*

City and state:  El Paso, Texas

Michael E. Trujillo, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____
Executed by USMS (WRIT)
Date:  On February 11, 2020
In El Paso, Texas

*Arresting officer's signature*

*Printed name and title*