**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § § § | |
| *Plaintiff*, | § | |
| v. | § | EP-20-CR-00389-DCG |
| | § | |
| **PATRICK WOOD CRUSIUS**, | § § | |
| *Defendant*. | § § | |

## ORDER SETTING STATUS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is **SET** for a **STATUS HEARING** via Zoom to discuss certain budgetary issues with the parties, the Honorable Sam Medrano, Jr., Judge of the 409th District Court, El Paso County, Texas, and Ms. Margaret Alverson, the Fifth Circuit CJA Case Budgeting Attorney, on **Monday, October 19, 2020, at 3:00 P.M. MST.** Defendant's presence is not required at this hearing.

So ORDERED and SIGNED this 16th day of October 2020.

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**