IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 3:20-cr-00389-DCG |
| PATRICK WOOD CRUSIUS | § | |
| *Defendant.* | § | |

**WAIVER OF DEFENDANT'S PRESENCE AT
OCTOBER 19, 2020 JOINT STATUS HEARING**

TO THE HONORABLE DISTRICT COURT JUDGE DAVID C. GUADERRAMA:

**COMES NOW** Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1. The defendant understands he has the right to appear personally with his attorney before the Judge for the Joint Status hearing set on October 19, 2020. Defendant further understands that absent the present waiver he will be required to appear in open Court.

2. Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at this case's joint status hearing.

Date: 10/19/20

_Pnt C._
Defendant

_[signature]_
Attorney for Defendant

**ORDER**

APPROVED by this Court. Defendant's presence is hereby waived for _this hearing_

Date: 10-19-20

_[signature]_
UNITED STATES DISTRICT JUDGE GUADERRAMA