IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CAUSE NO.: EP-20-CR-00389-DCG |
| v. | § | |
| | § | |
| PATRICK WOOD CRUSIUS, | § | |
| | § | |
| Defendant. | § | |

## JOINT STATUS REPORT

The United States of America, hereinafter referred to as the Government, by and through the United States Attorney for the Western District of Texas, and Patrick Wood Crusius, through his undersigned Counsel, respectfully inform the Court that the parties continue to prepare and review discovery related to the case. Additionally, pursuant to J.M. 9-10.000, *et seq.*, the Government has submitted this matter for a decision pursuant to the capital case review process.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY                                              *Attorneys for Patrick Crusius*


/s/ Ian Martinez Hanna                                              /s/ Joe A. Spencer
IAN MARTINEZ HANNA                                                  JOE A. SPENCER
Assistant U.S. Attorney                                             Attorney for Defendant
Texas Bar #24057885                                                 Texas Bar #18921800
700 E. San Antonio, Suite 200                                       1009 Montana
El Paso, Texas 79901                                                El Paso, Texas 79902
(915) 534-6884                                                      915-532-5562
ian.hanna@usdoj.gov                                                 joe@joespencerlaw.com


/s/ Gregory E. McDonald                                             /s/ Rebecca L. Hudsmith
GREGORY E. McDONALD                                                 REBECCA L. HUDSMITH
Assistant U.S. Attorney                                             Attorney for Defendant
Texas Bar #13547300                                                 Louisiana Bar # 7052
700 E. San Antonio, Suite 200                                       102 Versailles Blvd. Suite 816

| | |
|---|---|
| El Paso, Texas 79901 | Lafayette, LA 70501 |
| (915) 534-6884 | (337) 262-6336 |
| gregory.mcdonald@usdoj.gov | Rebecca_hudsmith@fd.org |

*/s/ Mark Stevens*
MARK STEVENS
Attorney for Defendant
Texas Bar #1918420
310 S. St. Mary's Street
Tower Life Building, Suite 1920
San Antonio, TX 78205
(210) 226-1433
mark@markstevenslaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 16, 2021, a true and correct copy of the foregoing instrument was filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Joe A. Spencer
Rebecca L. Hudsmith
Mark Stevens
Attorneys for Defendant

                   */s/ Ian Martinez Hanna*
                   IAN MARTINEZ HANNA
                   Assistant United States Attorney