IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § PATRICK WOOD CRUSIUS, § § Defendant. § | CRIMINAL NO. EP-20-CR-0389-DCG |

## ORDER LIMITING PUBLICATION OF CERTAIN MATERIALS

Upon the motion of the Parties, and for good cause shown, it is hereby ORDERED:

1.  This Order applies a Limited Amendment to the previously issued Order Limiting Publication of Certain Material. This Limited Amendment specifically modifies paragraph 11(a) to that Order by allowing the transfer, via hard drive, by Wal-Mart Stores, Inc. (Walmart) and First National Bank to state civil suit non-party plaintiffs subject to the original Order of video surveillance footage taken on or about August 3, 2019, from in and around the Walmart located near Cielo Vista Mall at 7101 Gateway Boulevard West, El Paso, Texas.

2.  Non-parties and authorized persons both already in, and subsequently coming into, possession of this footage bear equal responsibility for appropriately securing materials subject to this Order.

3.  Non-parties and authorized persons having access to and/or possession of these records agree to subject themselves to the terms of this Limited Amendment, the original Order, and any additional requirements imposed by the State District Court adjudicating the State Civil Suit(s).

4. All other clauses, definitions, and requirements remain in effect.

Signed this 19th day of October, 2021.

_____
HONORABLE DAVID GUADERRAMA
UNITED STATES DISTRICT COURT JUDGE