IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:20-cr-00389-DCG |
| | § | |
| PATRICK WOOD CRUSIUS, | § | |
| Defendant. | § | |

**WAIVER OF DEFENDANT'S PRESENCE AT
FEBRUARY 16, 2022 DOCKET CALL**

TO THE HONORABLE DISTRICT COURT JUDGE DAVID C. GUADERRAMA:

**COMES NOW** Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1. The defendant understands he has the right to appear personally with his attorney before the Judge for the Docket Call set on February 16, 2022. Defendant further understands that absent the present waiver, he will be required to appear in open Court.

2. Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at this case's docket call.

Date: 2/11/2022        Defendant: _Pat C._____

                       Attorney for Defendant: _H_____

**ORDER**

APPROVED by this Court. Defendant's presence is hereby waived for Patrick Crusius.

Date: _____

_____
UNITED STATES DISTRICT JUDGE GUADERRAMA