UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § | |
| v. | § § | EP-20-CR-00389-DCG |
| PATRICK WOOD CRUSIUS, | § § | |
| *Defendant.* | § | |

## ORDER

The Court **ORDERS** the parties to **MEET AND CONFER** to agree on a deadline for the Government to file a notice under 18 U.S.C. § 3593(a). The parties **SHALL FILE** their proposed deadline by **September 16, 2022.**

So ORDERED and SIGNED this 1st day of September 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE