# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK WOOD CRUSIUS,<br><br>Defendant. | §<br>§<br>§<br>§   CAUSE NO.: EP-20-CR-00389-DCG<br>§<br>§<br>§<br>§<br>§ |

## JOINT NOTICE OF AGREED FILING DEADLINE

The United States of America and Patrick Wood Crusius, by and through undersigned counsel, file this notice in response to the Court's Order of September 1, 2022 (ECF 239). The parties have met and conferred, and have agreed to propose January 17, 2023 as the date by which the Government will file any notice under 18 U.S.C. § 3593(a).

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

 /s/ Ian Martinez Hanna
IAN MARTINEZ HANNA
Assistant United States Attorney
Texas Bar # 24057885
700 East San Antonio, Suite 200
El Paso, TX 79901

 /s/ Gregory E. McDonald
GREGORY E. McDONALD
Assistant United States Attorney
Texas Bar # 13547300
700 East San Antonio, Suite 200
El Paso, TX 79901

 /s/ Joe A. Spencer
JOE A. SPENCER
Counsel for the Defendant
1009 Montana
El Paso, TX 79902
915-532-5562
Joe@joespencerlaw.com
Texas Bar # 18921800

 /s/ Rebecca L. Hudsmith
REBECCA L. HUDSMITH
Counsel for the Defendant
Office of the Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
337-262-6339
Rebecca_Hudsmith@fd.org
Louisiana Bar # 7052

| | |
|---|---|
| */s/ Michael Warbel* | */s/ Mark Stevens* |
| MICHAEL WARBEL | MARK STEVENS |
| Trial Attorney | Counsel for the Defendant |
| Criminal Division | 310 S. St. Mary's Street |
| 950 Constitution Ave. NW | Tower of Life Building, Suite 1920 |
| Washington, DC 20530 | San Antonio, TX 78205 |
| Ohio Bar # 0074369 | 210-226-1433 |
| | mark@markstevenslaw.com |
| | Texas Bar # 1918420 |
| | |
| KRISTEN M. CLARKE | |
| ASSISTANT ATTORNEY GENERAL | */s/ Felix Valenzuela* |
| CIVIL RIGHTS DIVISION | FELIX VALENZUELA |
| | Counsel for the Defendant |
| */s/ Kyle Boynton* | Valenzuela Law Firm |
| KYLE BOYNTON | P.O. Box 26186 |
| Trial Attorney | El Paso, TX 79926 |
| Criminal Section | 915-209-2719 |
| Civil Rights Division | felix@valenzuela-law.com |
| 950 Pennsylvania Ave. NW | Texas Bar # 24076745 |
| Washington, DC 20530 | |
| 202-598-0449 | |
| kyle.boynton@usdoj.gov | ***Attorneys for Defendant*** |
| Virginia Bar # 92123 | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, a true and correct copy of the foregoing instrument was filed with the Clerk of the Court using the CM/ECF System and, since it is a sealed document, a true and correct copy of the foregoing instrument was provided to the parties:

*/s/ Ian Martinez Hanna*

IAN MARTINEZ HANNA
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| **Plaintiff,** § | |
| § | **CAUSE NO.: EP-20-CR-00389-DCG** |
| v. § | |
| § | |
| **PATRICK WOOD CRUSIUS,** § | |
| § | |
| **Defendant.** § | |

## ORDER

Should the Government elect to file any notice under 18 U.S.C. § 3593(a) in this case, it **SHALL** do so by January 17, 2023.

**So ORDERED and SIGNED** this _____ day of September, 2022.

```
                                    _____
                                    DAVID C. GUADERRAMA
                                    UNITED STATES DISTRICT JUDGE
```