UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, § § § | |
| v. § § | EP-20-CR-00389-DCG |
| **PATRICK WOOD CRUSIUS**, § § § | |
| *Defendant.* § | |

### ORDER

The Court ordered the parties to meet and confer to agree on a deadline for the Government to file a notice under 18 U.S.C. § 3593(a). ECF No. 239. The parties propose January 17, 2023. ECF No. 242.

The proposed deadline provides both parties ample time. As of January 17, 2023, this case will have been pending for 1,076 days. There will be 355 days before trial begins on January 8, 2024. *See* ECF No. 236 at 5. By proposing the section 3593(a) deadline, the parties evidently agree—and the Court concurs—that there will be sufficient time to prepare for trial and hear any and all pretrial motions, no matter the Government's decision.

The Court thus **ORDERS** that, if the Government decides to file a notice under 18 U.S.C. § 3593(a), it **SHALL FILE** such a notice on or before **January 17, 2023**. The Government must adhere to this deadline. The Court has repeatedly emphasized that it is loath to reset trial, and the Court plans to proceed with trial as scheduled.

**So ORDERED and SIGNED this 30th day of September 2022.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**