# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CAUSE NO.: EP-20-CR-00389-DCG |
| | § |
| PATRICK WOOD CRUSIUS, | § |
| | § |
| Defendant. | § |

## NOTICE

The United States of America hereby notifies the Court and Defendant PATRICK WOOD CRUSIUS that the Government will not seek the death penalty in the instant case.

Respectfully submitted,

MARGARET LEACHMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/ Ian Martinez Hanna
IAN MARTINEZ HANNA
Assistant United States Attorney
Texas Bar # 24057885
700 East San Antonio, Suite 200
El Paso, Texas 79901

/s/ Gregory McDonald
GREGORY MCDONALD
Assistant United States Attorney
Texas Bar # 13547300
700 East San Antonio, Suite 200
El Paso, Texas 79901

/s/ Michael S. Warbel
MICHAEL S. WARBEL
Trial Attorney
DOJ Criminal Division
950 Constitution Ave. NW
Washington, DC 20530
Ohio Bar # 0074369

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*/s/  Kyle Boynton*
KYLE BOYNTON
Trial Attorney
Criminal Section
Civil Rights Division
950 Pennsylvania Ave. NW
Washington, DC 20530
202-598-0449
Kyle.boynton@usdoj.gov
Virginia Bar # 92123

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January 2023, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

Joe A. Spencer
Rebecca L. Hudsmith
Mark Stevens
Felix Valenzuela

Attorneys for Defendant

*/s/ Ian Martinez Hanna*
IAN MARTINEZ HANNA
Assistant U.S. Attorney
