IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | EP-20-CR-0389-DCG |
| PATRICK WOOD CRUSIUS. | § | |

**DEFENDANT'S MOTION FOR REARRAIGNMENT**

Comes now, Defendant Patrick Wood Crusius, by and through his attorneys, and respectfully moves the Court to set the instant case for a Rearraignment Hearing at the Court's convenience; Defendant notifies the Court of his intention to enter a plea of guilty to the pending Indictment.

WHEREFORE, premises considered, Defendant respectfully requests that the Court grant the instant motion and set the instant case for a Rearraignment Hearing. Defendant also prays for all other relief to which he may be entitled in both equity and law.

Respectfully submitted,

/s/ Joe A. Spencer
JOE A. SPENCER
1009 Montana
El Paso, Texas 79902
(915) 532-5562
joe@joespencerlaw.com
State Bar of Texas No. 18921800

REBECCA L. HUDSMITH
LA Bar No. 7052
Office of the Federal Public Defender for
the Middle and Western Districts of
Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Facsimile: (337) 262-6605
Rebecca_hudsmith@fd.org

MARK STEVENS
310 S. St. Mary's Street
Tower Life Building, Suite 1920
San Antonio, TX 78205
(210) 226-1433
State Bar No. 1918420
mark@markstevenslaw.com

FELIX VALENZUELA
701 Magoffin Avenue
El Paso, Texas 79901
(915) 209-2719
State Bar No. 24076745
felix@valenzuela-law.com

***Attorneys for Patrick Crusius***

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to the following parties.

      AUSA Ian Hanna at ian.hanna@usdoj.gov
      AUSA Greg McDonald at gregory.mcdonald@usdoj.gov

                                      /s/ Felix Valenzuela

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | EP-20-CR-0389-DCG |
| | § | |
| PATRICK WOOD CRUSIUS. | § | |

**ORDER GRANTING MOTION FOR REARRAIGNMENT**

On this day, the Court considered Defendant Patrick Wood Crusius' "Motion for Rearraignment" (ECF No. _____). After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, it is therefore ORDERED that Defendant, Patrick Wood Crusius' "Motion for Rearraignment" (ECF No. _____) is GRANTED.

It is further ORDERED that the instant case is set for Rearraignment on _____ at _____ AM/PM.

SO ORDERED.

Signed on this _____ day of January 2023.

_____
DAVID GUADERRAMA
UNITED STATES DISTRICT JUDGE