# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | **EP-20-CR-00389-DCG** |
| **PATRICK WOOD CRUSIUS,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

The Court **GRANTS** Defendant Patrick Wood Crusius's "Motion for Rearraignment"

(ECF No. 255).  This matter is **SET** for a hearing on **February 8, 2023 at 10:00 a.m.** in

Courtroom Number 812 on the Eighth Floor of the United States Courthouse, 525 Magoffin

Avenue, El Paso, Texas.

**So ORDERED and SIGNED this 23rd day of January 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**