UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § § | |
| v. | § § | EP-20-CR-00389-DCG |
| **PATRICK WOOD CRUSIUS,** | § § | |
| *Defendant.* | § § | |

## ORDER RESETTING HEARING

The Court **RESETS** Defendant Patrick Wood Crusius's rearraignment hearing to **February 8, 2023 at 2:00 p.m.** in Courtroom Number 812 on the Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

**So ORDERED and SIGNED this 1st day of February 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**