FILED
February 02, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **v.** | § § | **EP-20-CR-00389-DCG** |
| **PATRICK WOOD CRUSIUS,** | § § | |
| *Defendant.* | § § | |

## NOTICE

The District Court has set a plea hearing for Defendant Patrick Wood Crusius on **February 8, 2023 at 2:00 p.m. MST**. The hearing will take place in **Courtroom Number 812 on the Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas**. Because there is limited capacity in Courtroom Number 812, the Court will make additional space available to members of the press and public who want to view the hearing. The Court will provide an internal video and audio feed of the proceedings to designated spaces in the Court.

**Please be aware of the following procedures and requirements**:

- Victims and victims' family members will be allowed in the eighth-floor courtroom. The press and general public will be allowed in the additional space provided by the Court.

- Plan to arrive at the courthouse before the hearing begins. Every person will have to go through a security screening, which includes scanning all bags and walking through a metal detector. Security lines will be long. The plea hearing will begin promptly at 2:00 p.m. MST.

- All electronic devices are **PROHIBITED**, including, but not limited to, cell phones, smart watches, tablets, laptop computers, MP3 players, iPods, and audio recording devices.

- All persons entering the **COURTROOM** are **REQUIRED** to wear a face mask.

- Spanish interpretation services will be available.

**Expectations for decorum:**

- All persons are **REQUIRED** to observe appropriate courtroom demeanor. Everyone must refrain from talking or acting out during the proceeding. United States Marshals will enforce these requirements.
- Tobacco and cannabis products are **PROHIBITED**.
- Bottles, beverage containers, paper cups, and food items are **PROHIBITED**.
- Chewing gum is **PROHIBITED**.
- Reading newspapers, books, and magazines is **PROHIBITED**.
- Appropriate dress is **REQUIRED**:
    - No t-shirts or body shirts. A collared shirt is acceptable for men.
    - No flip flops or shower shoes.
    - No capri pants, shorts, or cut-offs.
    - No sunglasses, except prescription.
    - No headgear (including, but not limited to, caps, berets, or scarves), with the exception of religious headwear.
    - No tank tops, spaghetti straps, or tube tops.

**Parking options:**

There are numerous "pay parking lots" in the area:

- Diversified at Kansas and Myrtle;
- County Parking Garage at Kansas and East Overland Avenue;
- U.S. Parking Systems at Kansas and East Overland Avenue; and
- There are 1–2 lots available on Myrtle Avenue.

\* \* \*

SIGNED this 2nd day of February 2023.

_____
**CLERK OF COURT**