# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| **v.** | § | |
| | § | **EP-20-CR-00389-DCG** |
| **PATRICK WOOD CRUSIUS,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER SETTING SENTENCING HEARING

The Court **SETS** this case for a **SENTENCING HEARING** beginning on **June 30, 2023 at 9:00 a.m. Mountain Time** in Courtroom Number 812 on the Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

The Sentencing Hearing will proceed under the following schedule:

| Portion of the Sentencing Proceeding | Date and Time |
|---|---|
| 1. Discuss the Presentence Report and hear and resolve objections to the Report; Defense counsel's and Defendant Patrick Wood Crusius's allocution | June 30, 2023, beginning at 9:00 a.m. and proceeding until finished |
| 2. Victim impact statements | July 5, 2023, beginning at 10:00 a.m. and proceeding until finished. The Court expects this portion of the hearing to take multiple days. |
| 3. The Government's allocution and the Court's pronouncement of Defendant's sentence | 10:00 a.m. the day immediately following the last victim impact statement |

While each portion of the proceeding will take place in Courtroom Number 812, the Court will provide overflow capacity in a designated space in the Courthouse.

**So ORDERED and SIGNED this 24th day of May 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**