United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Patrick Wood Crusius,<br><br>    Defendant. | No. EP-20-CR-00389-DCG |

**Joint Motion to Continue Sentencing**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and Defendant Patrick Wood Crusius, by and through his attorneys, file this Joint Motion to Continue the Sentencing in the above entitled and numbered cause, and would show the Court as follows:

The sentencing of Defendant Patrick Wood Crusius is currently scheduled to begin on June 30, 2023, at 9:00 a.m. (ECF 272). The Parties have consulted and request that commencement of sentencing be continued until July 5, 2023, at 9:00 a.m. This request is not for the purpose of delay, but rather to lessen the logistical burden on those wishing to participate and to allow for the greatest number of participants to attend the entirety of the proceedings.

WHEREFORE, premises considered, the Parties request that the instant motion be granted and that the sentencing be continued.

Respectfully submitted,

MARGARET LEACHMAN
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY
CONFERRED BY 28 U.S.C. § 515

/s/
IAN MARTINEZ HANNA
Assistant United States Attorney Texas
Bar #24057885

/s/
GREGORY MCDONALD
Assistant United States Attorney
Texas Bar # 13547300
700 East San Antonio, Suite 200
El Paso, Texas 79901

/s/
MICHAEL S. WARBEL
Trial Attorney
DOJ Criminal Division
950 Constitution Ave. NW
Washington, DC 20530
Ohio Bar # 0074369


KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

/s/
KYLE BOYNTON
Trial Attorney
Criminal Section
Civil Rights Division
950 Pennsylvania Ave. NW
Washington, DC 20530
202-598-0449
Kyle.Boynton@usdoj.gov
Virginia Bar # 92123

/s/
JOE A. SPENCER
1009 Montana
El Paso, Texas 79902
915-532-5562
State Bar of Texas No. 18921800

/s/
REBECCA L. HUDSMITH
Office of the Federal Public
LA Bar No. 7052
Defender for the Middle and
Western Districts of Louisiana
102 Versailles Blvd. Suite 816
Lafayette, LA 70501
Telephone: (337) 262-6336


/s/
MARK STEVENS
310 S. St. Mary's Street
Tower Life Building, Suite 1920
San Antonio, TX 78205
(210) 226-1433
State Bar No. 1918420


/s/
FELIX VALENZUELA
701 Magoffin Ave.
El Paso, TX 79901
915-292-3173
State Bar No. 24076745

***Attorneys for Patrick Crusius***

United States District Court
Western District of Texas
El Paso Division

United States of America,
    Plaintiff,

v.

Patrick Wood Crusius,
    Defendant.

No. EP-20-CR-00389-DCG

## Order

On this day, this Court considered the parties' Joint Motion to Continue the Sentencing of Defendant Patrick Wood Crusius, in the above entitled and numbered cause.

It is hereby ordered that the Sentencing Hearing will proceed under the following schedule:

| Portion of the Sentencing Proceeding | Date and Time |
|---|---|
| 1. Discuss the Presentence Report and hear and resolve objections to the Report; Defense counsel's and Defendant Patrick Wood Crusius's allocution | July 5th, 2023, beginning at 9:00 a.m. |
| 2. Victim impact statements | July 5, 2023, beginning at 1:00 p.m. and proceeding until finished. The Court expects this portion of the hearing to take approximately two days. |
| 3. The Government's allocution and the Court's pronouncement of Defendant's sentence | 10:00 a.m. the day immediately following the last victim impact statement |

While each portion of the proceeding will take place in Courtroom Number 812, the Court will provide overflow capacity in a designated space in the Courthouse.

Dated: _____

                                                                                       David C. Guaderrama
                                                                                       United States District Judge