UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, § § § § § § § §<br>v.<br>**PATRICK WOOD CRUSIUS**,<br>*Defendant.* | EP-20-CR-00389-DCG |

### ORDER RESETTING SENTENCING HEARING

The Court previously scheduled a sentencing hearing in this case for June 30, 2023. *See* Order Setting Sentencing, ECF No. 272. The Government and Defendant Patrick Wood Crusius have now jointly moved to reset sentencing in order to lessen logistical burdens and to allow the greatest number of people to attend the entire proceedings. *See* Joint Mot. Continue Sentencing, ECF No. 273. Finding the parties' request appropriate, the Court **GRANTS** the parties' "Joint Motion to Continue Sentencing" (ECF No. 273) and **MODIFIES** the sentencing hearing schedule as follows:

This case is set for a **SENTENCING HEARING** beginning on **July 5, 2023 at 9:00 a.m. Mountain Time** in Courtroom Number 812 on the Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

The Sentencing Hearing will proceed under the following schedule:

| Portion of the Sentencing Proceeding | Date and Time |
|---|---|
| 1. Discuss the Presentence Report and hear and resolve objections to the Report; Defense Counsel's and Defendant Patrick Wood Crusius's allocution | July 5, 2023, beginning at 9:00 a.m. |
| 2. Victim impact statements | July 5, 2023, beginning at 1:00 p.m. and proceeding until finished. The Court expects this portion of the hearing to take approximately two days. |

- 2 -

| | |
|---|---|
| 3. The Government's allocution and the Court's pronouncement of Defendant's sentence | 10:00 a.m. on the day immediately following the last victim impact statement (unless that last victim impact statement is given on Friday, in which case this portion of the sentencing will begin at 10:00 the following Monday) |

While each portion of the proceeding will take place in Courtroom Number 812, the Court will provide overflow capacity in a designated space in the Courthouse.

**So ORDERED and SIGNED this 20th day of June 2023.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**