**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CRIMINAL NO. EP-20-CR-389-DCG** |
| | ) |
| **PATRICK WOOD CRUSIUS,** | ) |
| | ) |
| **Defendant.** | ) |

**ADVISORY TO THE COURT REGARDING FORFEITURE**

COMES NOW the United States of America, Plaintiff, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture.   The United States respectfully advises the Court as follows:

**I.**

On February 6, 2020, an Indictment (ECF No. 1) was returned against Defendant PATRICK WOOD CRUSIUS followed by a Superseding Indictment (ECF No. 82) on July 9, 2020, in the instant criminal case.    On July 8, 2022, a Bill of Particulars was filed (ECF. No. 238), which included a Notice of United States of America's Demand for Forfeiture which sought the forfeiture of specific personal property, namely:

1.  Romarm/Cugir, model GP WASR-10-semi automatic rifle with serial number A1-65552-18;
2.  Two 7.62 x 39 magazines;
3.  Approximately 33 rounds of 7.62 x 39 caliber ammunition;
4.  One .22 caliber cartridge
5.  One tactical helmet, and
6.  Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense,

hereinafter referred to as the Subject Property.

## II.

The United States advises this Court that the Subject Property will not be pursued judicially. Pursuant to the agreement of the parties, the Defendant has abandoned any and all right, title and interest in the Subject Property.

Respectfully submitted,

MARGARET LEACHMAN
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY
CONFERRED BY 28 U.S.C. § 515


By:  /s/_____
PATRICIA J. ACOSTA
Assistant United States Attorney
Texas Bar No. 8204
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901 Tel: (915) 534-6884
Fax: (915) 534-3465
Email: patricia.acosta@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Joe A. Spencer , Jr.
Attorney at Law
Email: joe@joespencerlaw.com
Attorney for Defendant Patrick Wood Crusius

Rebecca L. Hudsmith
Office of the Federal Public Defender for the Western and Middle Districts of Louisiana
Email: rebecca_hudsmith@fd.org
Attorney for Defendant Patrick Wood Crusius

Felix Valenzuela
Valenzuela Law Firm
Email: felix@valenzuela-law.com
Attorney for Defendant Patrick Wood Crusius

Mark Stevens
Attorney at Law
Email: mark@markstevenslaw.com
Attorney for Defendant Patrick Wood Crusius


/s/_____
PATRICIA J. ACOSTA
Assistant United States Attorney