UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **USA** | § |
| | § |
| vs. | § **Case Number:** |
| | § **EP:20-CR-00389(1)-DCG** |
| **(1) Patrick Wood Crusius** | § |
| *Defendant* | |

## ORDER SETTING RESTITUTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for RESTITUTION HEARING in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on:

**Monday, September 25, 2023 at 9:00 AM**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, and the United States Attorney.

IT IS FURTHER ORDERED that if for any reason counsel for the defendant or counsel for the Government is not available, then that attorney must file a motion for continuance.

IT IS SO ORDERED on this **20th day of July, 2023**.

_____
HONORABLE DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE