1          IN THE UNITED STATES DISTRICT COURT

2             WESTERN DISTRICT OF TEXAS

3                EL PASO DIVISION

4

5    UNITED STATES OF AMERICA          No. EP-20-CR-389-DCG

6
     v.                                El Paso, Texas
7

8    PATRICK WOOD CRUSIUS              July 7, 2023

9

10

11

12                   SENTENCING

13                 VOLUME 3 OF 3

14
         BEFORE THE HONORABLE DAVID C. GUADERRAMA
15
             UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24      Proceedings reported by court reporter.  Transcript

25   produced via computer-aided transcription.

<u>APPEARANCES</u>:

For the Government  Ian Martinez Hanna
                   Gregory E. McDonald
                   Patricia J. Acosta
                   Assistant United States Attorneys
                   700 East San Antonio, Suite 200
                   El Paso, Texas 79901

                   and

                   Michael S. Warbel
                   U.S. Department of Justice Criminal Division
                   950 Constitution Avenue NW
                   Washington, D.C. 20530

For the Defendant  Joe A. Spencer, Jr.
                   Attorney at Law
                   1009 Montana Avenue
                   El Paso, Texas 79902

                   and

                   Rebecca L. Hudsmith
                   Office of the Federal Public Defender for
                   Western and Middle Districts of Louisiana
                   102 Versailles Boulevard, Suite 816
                   Lafayette, Louisiana 70501

                   and

                   Felix Valenzuela
                   Valenzuela Law Firm
                   701 Magoffin Avenue
                   El Paso, Texas 79926

                   and

                   Mark Stevens
                   Attorney at Law
                   310 S. St. Mary's Street, #1920
                   San Antonio, Texas 78205

1                (Certified Court Interpreters Esperanza Gallegos and

2      Barbara Espinosa present to interpret for audience members.)

3                THE COURT:  Mr. Velez, if you would call the case,

4      please.

5                COURTROOM DEPUTY:  Cause Number EP-20-CR-389, the

6      United States versus Patrick Wood Crusius.

7                THE COURT:  For continuation of the sentencing

8      proceeding, I would ask for announcements, please.

9                MR. HANNA:  Good morning, Your Honor.  Ian Hanna, Greg

10     McDonald, Mike Warbel, Patricia Acosta for the United States,

11     ready.

12               THE COURT:  Good morning to all of you.

13               MR. SPENCER:  Good morning, Your Honor.  Rebecca

14     Hudsmith, Mark Stevens, Felix Valenzuela, and Joe Spencer on

15     behalf of Patrick Crusius, Your Honor.

16               THE COURT:  Good morning to you as well, sir.

17               What is that?

18               LAW CLERK:  It's a phone.

19               THE COURT:  A phone?  Shut that off.

20               PROBATION OFFICER:  Good morning, Your Honor.  Jessica

21     Avila with United States Probation Office.

22               THE COURT:  Good morning, Ms. Avila.

23               All right.  So just to recap, from Wednesday the 5th,

24     we had all agreed that the total offense level for those counts

25     receiving a score would be 43.  The defendant's Criminal

10:00 1   History Category was I.  So the guidelines for Counts 1 through

2   23 are life per count.  The guidelines for Counts 24 through 46

3   are the mandatory minimum ten years consecutive to any other

4   sentence that might be imposed.  The guideline for Counts 47

5   through 68 are life per count.  And the guidelines for Counts

6   69 through 90 are mandatory minimum ten years consecutive to

7   any other sentences.  All counts will be followed by a term of

8   supervised release of no less than two, no more than five

9   years.  The defendant is ineligible for probation.  Subject to

10  a fine on each count of no less than $50,000, no more than

11  $250,000.  Restitution remains pending and is set for a hearing

12  on September 25 at 9:00 a.m.  Special assessment of $100 on

13  each count for a total of $9,000.

14          All right.  I do note that the parties have entered

15  into an 11(c)(1)(C) plea agreement, which this court, at the

16  time of taking of the plea of guilty, accepted and now is bound

17  by the terms of that plea agreement.

18          Mr. Hanna, do you concur in all that?

19          MR. HANNA:  We do, Your Honor.

20          THE COURT:  Mr. Spencer, do you?

21          MR. SPENCER:  Yes -- yes, Your Honor, I do concur.

22          THE COURT:  Mr. Spencer, at the disclosure of the

23  presentence report, I did invite your client, Mr. Crusius, to

24  make a statement as required by law -- as requiring me to ask

25  by law.  Your client elected not to make a statement, so I

10:02 1    would hear your allocution at this time.

2             MR. SPENCER:  May it please the Court.  On August 3 of

3    2019, Patrick Crusius greatly harmed people who did not deserve

4    to be harmed.  We offer our sincere condolences and prayers to

5    all of those who suffered greatly from this unimaginable

6    tragedy.  We hope that this phase of the federal case can bring

7    some small amount of healing and resolution to the people most

8    grievously harmed by Patrick Crusius' actions on August 3 of

9    2019.

10            Patrick takes responsibility for his actions and for

11    the harm he caused.  He pled guilty.  And he agreed to the

12    imposition of 90 consecutive life sentences.  Today's federal

13    sentencing ensures that Patrick will leave prison in a coffin.

14    The only question will be whether it's on God's time or man's

15    time.

16            As the Assistant United States Attorney for the

17    Western District of Texas noted in the plea agreement -- noted

18    in the plea hearing, Patrick Crusius' actions on August 3,

19    2019, was shaped by severe mental illness.  This is, in part,

20    why the Department of Justice with the direct approval of the

21    United States Attorney General, Merrick Garland, decided not to

22    seek the death penalty.  Because of this decision, Patrick pled

23    guilty to all of the counts in the federal indictment and will

24    spend the rest of his life in prison without any chance of ever

25    possibly being released.  We hope this avoids traumatizing the

10:04 1   victims' community any further with protracted legal

2   proceedings in federal court.

3         We know the community has questions about Patrick.

4   Why would he come to our community?  Was it because of the

5   color of our skin?  Will he try to hurt me?  We feel we have a

6   responsibility to address these questions for the most -- for

7   those that were most grievously harmed and for everyone else in

8   our community to try to make sense of the senselessness.

9         Answering questions about our client and his actions,

10   it's not easy for several reasons.  First, as defense lawyers,

11   it is our ethical duty mandated by the American Bar Association

12   guidelines, the rules of professional responsibility, and the

13   oath the lawyers took to defend our client to the best of our

14   ability.  In sharing some details at this time about his

15   actions and what compelled him to take those actions goes

16   against the principles that we have sworn to follow.  More

17   importantly, we are aware that by sharing this information, we

18   need to be careful to make the distinction between explaining

19   Patrick's severe mental illness and not justify his actions.

20         In no way do we agree with or support what he did on

21   August 3 of 2019.  We share the information that we are able to

22   share at this time with the hope that we may help our community

23   with the healing.  The role Patrick's severe mental illness

24   played in his crimes was addressed in detail by the presentence

25   report completed by United States Probation Officer Avila.

10:05 1       And I have to commend -- I know His Honor gave her

2    kudos very early on for the presentence report that was 128

3    pages long and 728 paragraphs long.  But she had to decipher

4    millions of documents to get the information, and she did an

5    outstanding job.  And, in detail, it does explain much of

6    Patrick's mental health condition.

7       Yet, we understand that it's important to reiterate

8    certain details in an attempt to address the victims'

9    community's concern.  I know so many questions remain about why

10    Patrick did this and how he could do this.  When a human being

11    causes this amount of harm and destruction, we all ask how and

12    why someone could do something like this, something so

13    senseless.  We so desperately want to make sense of what we

14    cannot comprehend.

15       I do not presume that what I share about Patrick's

16    severe mental illness and his actions will bring any degree of

17    comfort.  It may bring more questions.  And it may be painful

18    to hear.

19       We are grateful for the opportunity to share with

20    everyone today what we have learned about Patrick and what

21    contributed to his actions.  And we appreciate your willingness

22    to hear from us.

23       Mental illness does not, of course, mean someone is

24    always going to hurt themselves or others.  We all encounter,

25    know, or love people with mental illness and the effects of

10:07 1   mental illness are diverse.  And they vary greatly in their

2   severity.  But severe mental illness can be debilitating,

3   especially if you are not on medication.  It can help someone

4   from understanding reality and can cause him or her to take

5   actions that show no appreciation for reality.

6          As Your Honor may recall from the plea hearing in

7   February, Patrick was evaluated by several mental health

8   experts.  In fact, he has been seen by eight different mental

9   health professionals in the last four years.  The experts

10   diagnosed him with a serious mental illness called

11   schizoaffective disorder.

12          You may have questions about this illness, what it is,

13   what it has to do with Patrick's horrific actions on August 3

14   of 2019.  Schizoaffective disorder is an illness that left --

15   if left untreated can be debilitating.  Schizoaffective

16   disorder is a type of schizophrenic disorder where the person

17   has disturbances in his mood, how they process feelings, how

18   they think.

19          People with schizophrenic disorder, like Patrick, can

20   experience various types of breaks with reality that affect the

21   way they feel, see, smell, taste and hear.  These sensory

22   breaks from reality are called hallucinations.  Patrick

23   experiences breaks from reality in how he hears and often

24   hearing voices and noises.  He experiences breaks from reality

25   at times, seeing shapes that are not there.  Since childhood,

10:09 1    he has felt a presence that is not there.

2             Patrick's thinking is at odds with reality.  That

3    unreal thinking can become very fixed and rigid, dominating the

4    way a person sees the world around them and resulting in

5    delusional thinking and strange ideas.  This serious mental

6    illness can be very confusing to the person experiencing it and

7    to those around him.

8             To the extent that we are able to at this time, we

9    want to share how Patrick's broken brain contributed to his

10   actions in El Paso that forever changed the lives of so many.

11   Even though Patrick had mental illness, mental health issues

12   beginning as a young child, Patrick's family members noticed

13   that something was changing in him for the worst in the year or

14   so before he came to El Paso.

15            When he was 20 years old, mental health professionals

16   described this type of -- this time when the brain is changing

17   and the disease is becoming more prominent, as a prodromal

18   phase of Patrick's schizophrenic illness.  Patrick was slipping

19   into a psychotic stage and a psychotic illness.

20            Patrick was also starting to have thoughts that he did

21   not want to have.  Some of those thoughts were about harming

22   people.  Patrick was alarmed and he was distressed by having

23   unwanted, violent thoughts about two young men he worked with

24   at a movie theater.  Patrick decided that the safest thing to

25   do was to leave his job, and he quit in January of 2019.

10:11  1        Patrick's family struggled to make sense of what they

2    were seeing.  In their own lives, both of Patrick's parents

3    have over the years suffered from mental illness.  Both of

4    Patrick's parents have required serious medication and even

5    hospitalization for their own mental illness.

6         In March of 2019, Patrick started to see a therapist

7    about his thoughts of harming people and himself.  The

8    therapist gave Patrick a series of tests.  His responses showed

9    that he heard voices in his head that no one else could hear.

10    And even while alone, he felt that someone was watching him.

11    And he had trouble controlling his thoughts, especially the

12    unwanted thoughts of violence.

13         In the spring of 2019, Patrick knew something was not

14    right with his brain.  But over time, the psychosis, the power

15    of the psychotic thinking, overcame his awareness.  In April,

16    Patrick desperately searched the internet, as the FBI found

17    when they confiscated his computer.

18         In his search of the internet, he was searching about

19    his violent thoughts, and he was asking whether it was normal

20    to have violent thoughts.  During this time, he searched for

21    information about mental illness.  He searched for information

22    on how to get treatment for mental illness.  He searched for

23    information on how to enter a mental health facility without

24    having insurance.  He searched the internet if violent thoughts

25    are normal and how to get rid of them.

10:12 1         Patrick's mental illness got worse.  Patrick became so

2  unstable that he withdrew from community college classes that

3  he had been attending.  Patrick was also now having unwanted

4  violent thoughts about his therapist and about his family

5  members.  Those unwanted thoughts were overwhelming.

6         He stopped responding to the therapist and he made

7  excuses to leave his family members' home, even though he had

8  no other place to stay since he did not have a home of his own.

9  Family members were bewildered when he disappeared suddenly or

10  failed to make plans -- to keep the plans that had been made

11  with his family.

12         In June of 2019, Patrick's family became particularly

13  alarmed when his brother learned from a credit card statement

14  that Patrick had bought an assault rifle.  Even though he did

15  not fully understand Patrick's mental health issues, no one in

16  the family believed it was a good idea for Patrick to have a

17  gun.  They worried that Patrick was depressed and suicidal and

18  could harm himself or others.

19         As the FBI found out, Patrick's mother called the

20  Allen Police Department on June 28 of 2019 and spoke to an

21  officer.  She expressed her concerns that her son Patrick was

22  not mentally stable to safely own a firearm.  She was told

23  Patrick, however, was over 18, and he had obtained the gun

24  legally.  Despite her pleas with the Allen Police Department to

25  confiscate the weapon due to his instability mentally, the

10:14 1    officer simply refused to take the gun away from Patrick.

2         No one was aware of the moment when Patrick decided to

3    commit his acts of unspeakable violence, nor was anyone aware

4    of the delusions that had overtaken him by the end of July.  On

5    July 27, Patrick went to his mother's house to be with her and

6    his twin sister for their 21st birthday.  His mother and sister

7    had no idea that, earlier that day, Patrick had written a

8    suicide note that he expected his family to read after his

9    death.

10         The night of August 2, Patrick could not sleep.  His

11    head was full of violent thoughts and delusions, and he just

12    could not stop.  He got in his car, and he started to drive to

13    El Paso.  Patrick lost all contact with reality.  As Patrick

14    explained to the FBI after he was arrested, when he arrived in

15    El Paso, he just drove around El Paso, and he ended up at the

16    Walmart, where his serious mental illness and the resultant

17    violent thoughts compulsively compelled him to complete this

18    horrific act.  Patrick acted with his broken brain cemented in

19    delusions, under delusional beliefs that compelled him to act.

20         I do not presume that what I have been able to share

21    does anything to answer all your questions that the victims may

22    have about what Patrick did.  There are never going to be

23    answers that are satisfactory when people in a community are

24    harmed to this degree.

25         In response to the nature of these crimes, the defense

10:16   1    requests that the Court make a judicial recommendation that the

2    Bureau of Prisons consider placing Patrick in the most secure

3    Bureau of Prison facilities.  USP Florence Administrative Max

4    or ADX, also known as Supermax.

5            The defense also requests that the Court follow U.S.

6    Probation Officer Avila's suggestion and make a judicial

7    recommendation that the -- to the Bureau of Prisons that

8    Patrick receive all necessary mental health services for his

9    severe mental illness.  We hope that over time, as this case is

10    resolved, not only by the federal court, but also in the state

11    court, the victim community and the El Paso and Juarez

12    communities will begin to heal.

13            We will do all that we can to address the community's

14    needs for information.  We, the lawyers, are willing to meet

15    with any member, any survivor of any of the victims or any

16    family members at any time.

17            We do not intend to cause any more harm to this

18    community.  We hope that this phase of the federal case can

19    bring some small amount of healing and some small amount of

20    resolution to the people most grievously harmed by Patrick's

21    actions on August 3 of 2019.

22            This week, we heard from people whose lives have been

23    irrevocably changed.  This was critical because it will signal

24    an important shift in the focus, from the punishment of Patrick

25    to the needs of our community.  That testimony was important

10:18 1    for all of us to hear, to acknowledge and to be mindful of the

2    suffering inflicted on those individuals and their families.

3            We cannot change what happened to our community; yet,

4    by listening to their impact statements, we can move forward as

5    a community towards addressing the direct needs of those most

6    harmed by Patrick Crusius.  We, the people of El Paso and

7    Juarez, can model justice through our actions with the time and

8    energy to give -- to help our community heal.  The

9    El Paso-Juarez community is a transnational community and a

10   faith-driven community.  Our community is deeply resilient and

11   tolerant.

12           Patrick Crusius, while in the throes of a psychotic

13   illness, acted in a manner atrociously inconsistent with those

14   values.  Patrick showed no mercy on August 3 of 2019, for which

15   he will be punished harshly and only leave prison in a coffin,

16   but not on man's time, on God's time.

17           This past week, we heard and listened to the victims,

18   their voices, their names, their stories of devastation, of

19   fear, of hate, but also of faith, of prayer, of strength, of

20   resilience.  We hope that the families most grievously affected

21   by Patrick's senseless actions, our community, our first

22   responsers -- our first responders, and others impacted by this

23   tragedy continue to be supportive as they process what happened

24   to them.  We hope that we have provided some answers to what

25   feels incomprehensible.  We also hope that the politicians and

10:20 1   other community leaders support the healings of the victims

2   instead of focusing on their self-interested political gain.

3         (Speaking Spanish)

4         THE INTERPRETER:  "May God bless everyone, our

5   victims, our families, and our El Paso-Juarez community."

6         THE COURT:  Thank you, Mr. Spencer.

7         Mr. Hanna, on behalf of the government.

8         MR. HANNA:  Your Honor, before the government begins

9   its allocution, we ask the Court to have the record reflect a

10   few items.

11         First, that to all who have lost somebody, who were

12   injured, the United States offers its deepest condolences to

13   you, to the government and people of Mexico, the United States,

14   a country with whom we share a common bond of our shared

15   geography, family ties that unite countless of our citizens.

16   We offer our condolences to the loss of your citizens, your

17   sons, and daughters.

18         To the government and people of the Federal Republic

19   of Germany, we offer our condolences to the loss of their

20   citizen, to their son.

21         And to the Court, we would like to thank the Court for

22   the consideration and latitude it has offered to the parties in

23   conducting this hearing over the course of the past few days.

24   We sincerely appreciate it.

25         May it please the Court, Counsel, Ladies and

10:21 1    Gentlemen.  23 killed, 21 shot, and one baby boy seriously

2    injured when his parents fell mortally wounded.  I agree with

3    my colleague, Mr. Spencer, that you can't make sense out of the

4    senseless.  So instead, Your Honor, as the Court prepares to

5    hand down its sentence, we ask the Court to consider the facts,

6    to consider those facts, to remember them, to have an

7    understanding of what exactly it was that happened, what

8    exactly it was that happened here on September -- on August 3,

9    2019.

10         Because what happened was a cold, calculated scheme to

11    target immigrants generally and Hispanics and people of Mexican

12    descent specifically, to target them for death.  It was a plan

13    executed in a callous disregard for basic tenets of humanity

14    and decency carried out in a large retail store on a busy

15    Saturday morning when it was full of children and their parents

16    and their grandparents.

17         It was a shooting spree that spared no one, no one,

18    not the old, not the young, not men, not women, not white, not

19    black, and certainly not brown.  It was an attack carried out

20    with a firearm, a weapon not out of place on the battlefield,

21    loaded with bullets, specifically chosen for their hollow

22    points, munitions designed to expand upon impact, and shred

23    soft tissue.  An assault that included as one of its first

24    targets of opportunity tables and a tent for a girls' youth

25    soccer team's fund-raiser.

10:24  1       It was not a crime that was committed in the heat of

2   passion, and it was not an accident.  On the contrary, the

3   facts as provided in the factual basis that supported the plea

4   play out for all of us and explain to all of us and paint a

5   picture to all of us that this was a calculated, premeditated

6   attack with every detail laid out by its proponent in a

7   document of his own creation.

8       We heard today about severe mental illness.  Even with

9   schizoaffective disorder, there is no indication, none, that he

10  lacked the capability to understand the wrongfulness of his

11  actions when he was doing them.  The idea that he didn't know

12  what he was doing because of severe mental illness, we reject

13  it.  We reject that.

14      Why?  Because we are in a building where facts still

15  matter.  And these are the facts:  He started killing 17

16  minutes after he posted his manifesto, a document that laid out

17  the who, the why, and the where.  He started killing ten

18  hours -- ten hours after driving alone by himself with his

19  thoughts from Dallas to El Paso.  He started killing two weeks

20  after he first started writing that manifesto.  And he started

21  killing 6 1/2 weeks after he bought that AK-47.

22      Those are the undisputed facts in the factual basis.

23  So we ask this court to consider those facts, to consider what

24  it is that really happened here, to consider the 23 lost, the

25  21 shot, and that baby boy.  We ask the Court to consider that.

10:26 1    We ask the Court to consider also everyone else that was

2    affected by the things that happened that Saturday in August of

3    2019.  The first responders who raced there after getting the

4    911 call, as the 911 calls started coming in, who rushed people

5    to the hospital, saving lives, and then, later, who stayed to

6    process the crime scene, a crime scene whose physical

7    dimensions dwarfed only -- only by the magnitude of the horror

8    and carnage that they saw there.

9         We ask the Court to consider the approximately 350

10   people who received compensation from the One Fund because they

11   have documented injuries, physical and psychological, stemming

12   from the defendant's actions.  We ask the Court to consider the

13   thousands -- about 1,000 people that were inside the Walmart

14   that Saturday and who lived through what can only be imagined

15   as an eternity of sheer terror as those shots began ringing

16   out.

17        We ask the Court to consider the tens of thousands who

18   opened their wallets and their hearts and donated money to the

19   various charitable organizations that sprang up to assist the

20   people in their time of need, contributed their time and their

21   love.  We ask the Court to consider the hundreds of thousands

22   from around the world that in the days, weeks, months after,

23   went to funerals, went to vigils, said prayers, sent letters,

24   sent flowers.  We ask the Court to consider all these people

25   because everyone, everyone in this community -- and by "this

10:28 1   community," I mean El Paso, Juarez, southern New Mexico, all

2   points in between, the entire Borderland -- because everyone in

3   this community was affected by what happened.

4          That's because it wasn't an attack on the Walmart.  It

5   wasn't an attack on a physical place.  He didn't go into that

6   Walmart looking for somebody that he knew.  When he went in

7   there and looked down the barrel of his rifle and he started

8   shooting individuals, it was because he wanted to eliminate a

9   class of people.

10          It was a strike against the very essence of what makes

11   this community so special, its people.  And when that happens,

12   that generates a psychological trauma that this community is

13   living through, and it will be generational.  We will have

14   echos of it passing on for lifetimes in this community.

15          So, Your Honor, for the lives taken, for the injuries

16   sustained, for the trauma that's been borne, there's got to be

17   some kind of accountability for that.  And so this sentence

18   that the Court is about to hand down, the 90 consecutive life

19   sentences, it's the beginning of that.

20          First off, it's a recognition of just how dangerous he

21   really is.  Let's not make any mistake about it.  He is

22   dangerous.  And he is dangerous not because of who he is, in

23   the flesh and blood sitting here, doesn't look like much of a

24   threat.  He is dangerous precisely for what he is, the vessel

25   of an insidious lie, a lie borne of fear, fueled by ignorance,

10:30  1    a lie spread to try to convince people that this country

       2    belongs to only a select few.  That being an American is about

       3    what you look like or where your ancestors are from, a lie that

       4    festers in the dark recesses of the internet and a fiction -- a

       5    malevolent fiction that has a unique ability to twist minds,

       6    poison hearts, and corrupt souls.  That's certainly what it did

       7    to him.

       8         And if we take him at his word of what's in his

       9    manifesto, which we should, and this court should understand he

      10    really believes it, he is all in.  And it's because he is all

      11    in, because he believes this lie, this fiction that turned him

      12    against himself, that turned him against this community, and

      13    perhaps most tragically ironic of all that turned him against

      14    the core principle -- foundational principle of this republic

      15    that we as a nation, all of us together, are so much more --

      16    are so much more than the sum of our individual parts.  That

      17    out of many, we are made one.

      18         That is a foundational truth that has guided this

      19    country for 243 years.  And for him to make himself

      20    deliberately ignorant of that American truism should inform the

      21    Court to the degree to which he has been poisoned and to the

      22    magnitude of the danger that he represents now and in the

      23    future.

      24         And so long as he does not renounce that, he is a

      25    voice piece, he is a vessel for that lie, and he is dangerous

10:32  1    to all of us.  He is a danger to our way of life, and he is a

2    danger to our society.  He is a danger to the way we do things,

3    and he is a danger to the way we organize ourselves.

4         This sentence of 90 consecutive life sentences, in

5    part, acknowledges that danger.  But it's just the beginning.

6    He claims that he takes responsibility, but not yet, not yet,

7    because this sentence is just the beginning.  It is the

8    beginning of the process by which he will start to take account

9    in full for the decisions and the crimes that he has committed.

10   And in our view, that accounting will come slowly, glacially

11   perhaps, over the decades to come, as he sits in the cold, dark

12   confines of his cell in isolation with only his thoughts.  That

13   is when the weight -- the full weight of his punishment will

14   begin to set in as the realization of what all of this means to

15   him personally begins to set in.

16        And that realization, quite simply, Your Honor, that

17   he is a failure.  He failed.  He failed.  In his mission to sow

18   hate, to divide, to separate, he failed, and not because he

19   didn't plan or because he didn't try hard enough, because he

20   certainly did those things, but because the people of this

21   community would never let him succeed.  That's why he failed.

22        Your Honor, it's our hope and our prayer that it is

23   exactly that failure -- exactly his failure that brings to

24   everyone here some measure of faith and hope.  To the people

25   who lost loved ones, to the people who lost pieces of

10:35 1    themselves, we hope that it brings you faith, faith to know

2    that the love that you carry forward for your brothers, your

3    sisters, your mothers, your fathers, your children, that love

4    that you have every day when you think of your family members,

5    when you remember them, that love that you feel, it was that

6    love that made sure that he failed.  We pray, in turn, that

7    that faith brings you some hope -- some hope that in the future

8    someday -- be it today, tomorrow, some point in the future --

9    that these concepts, these realities will bring you some

10   measure of peace and some measure of closure.

11           For the rest of us, the government submits to the

12   Court that his failure should give us hope, hope for the

13   present and hope for our future, hope that we never lose faith,

14   faith in the inherent strength of this community, the

15   resiliency of its people, the benevolence and the beauty of its

16   culture, faith to know that those things, no one, nobody, no

17   thing can ever take those things away.  Faith also in ourselves

18   and faith in knowing that this community always was and always

19   will be better than that.

20           So, Your Honor, we ask you to sentence the defendant

21   to 90 consecutive life sentences.  We ask you to do that so

22   that this community can begin to forget about him, continue to

23   move forward honoring and remembering the things that were

24   lost, striving for the things that stand to be gained, and

25   waiting and knowing that there will be better days to come.

10:37 1  Thank you.

2            THE COURT:  Thank you, Mr. Hanna.

3            Mr. Crusius, I sentence you to life in the

4  penitentiary on each and every one of the 90 counts brought

5  against you in the indictment in this case.  Each count will

6  run consecutive to the count before it.  So once you complete a

7  life sentence on Count One, you will begin a life sentence on

8  Count Two, and so on, until you have served 90 life sentences

9  for this crime.

10           I am going to follow those 90 life sentences with five

11 years of supervised release on each count as required by the

12 guidelines.  These will run concurrently.  Your supervised

13 release will be under standard conditions which this court

14 adopts.  These will include that you commit no crime against

15 the United States, any state of the United States, or any local

16 government.  It will include the special condition that you

17 submit to up to one year of intermittent confinement as

18 directed by the Court pursuant to law.

19           And, Mr. Spencer, are you familiar with the special

20 conditions that are set out in paragraph 716 of the report?

21           MR. SPENCER:  I am, Your Honor.

22           THE COURT:  Do you have any objection to the Court

23 imposing those?

24           MR. SPENCER:  No objections, Your Honor.

25           THE COURT:  The Court would impose the special

10:39  1   conditions set out in paragraph 716 of Ms. Avila's report.  I

2   would include those in the judgment as if I had fully

3   articulated them into the record.

4           Because it appears you are indigent, unable to pay a

5   fine, I will waive a fine and look to the government for the

6   $100 special assessment on each count, a total of $9,000.

7           MR. HANNA:  The government does not remit.

8           THE COURT:  The 9,000 -- the $100 special assessment

9   is assessed on each count totaling a special assessment of

10   $9,000.

11           I will recommend to the Bureau of Prisons that you be

12   held to serve out your life sentences at the United States

13   Penitentiary Administrative Maximum Facility, USP Florence

14   ADMAX, commonly known as the Supermax in Florence, Colorado.

15           I will recommend to the Bureau of Prisons that you be

16   afforded mental health treatment while you are in their

17   custody.

18           Mr. Hanna, the items in the government's Bill of

19   Particulars for Forfeiture, have those been administratively

20   forfeited or do I forfeit them now?

21           MR. HANNA:  No, Your Honor.  That issue has been

22   resolved.  In fact, we fired -- we filed an advisory to the

23   Court this morning just to confirm that that issue has been

24   resolved.

25           THE COURT:  All right, thank you.

10:41 1          So, Mr. Crusius, now that I have imposed your

2       sentence, you have the right to appeal the imposition of that

3       sentence.  That right is limited by the terms of your plea

4       agreement.  But if you wish to appeal, you must file a notice

5       of appeal with the clerk of this court indicating your desire

6       to appeal your sentence to a higher court.  You must file this

7       notice of appeal within 14 days of the date of the entry of

8       judgment in your case.  Most likely, the date of entry of

9       judgment in your case will be today.  If you have any

10      additional questions about your appellate rights, I will refer

11      you to Mr. Spencer.  He will be able to answer all your

12      questions.  And Mr. Spencer will be able to help you perfect an

13      appeal if you choose to appeal.

14          Mr. Spencer, is there anything else that you require

15      of the Court?

16          MR. SPENCER:  No, Your Honor, not at this time.

17          THE COURT:  Mr. Hanna.

18          MR. HANNA:  Your Honor, one more item, just a piece of

19      housekeeping:  The government moves respectfully for the Court

20      to dismiss the pending indictment in this case, moving forward

21      on the superseding indictment.

22          THE COURT:  The original indictment brought against

23      Mr. Crusius in this case is dismissed on the government's

24      motion.  Ms. Avila, is there anything else that I should be

25      adding to the terms and conditions of supervised release?

10:42   1            PROBATION OFFICER:  No, Your, Honor.  Thank you.

       2            THE COURT:  All right then.  With that, then, these

       3   proceedings are adjourned.

       4                     *  *  *  *  *  *

       5                C E R T I F I C A T E

       6      I certify that the foregoing is a correct transcript from

       7   the record of proceedings in the above-entitled matter.  I

       8   further certify that the transcript fees and format comply with

       9   those prescribed by the Court and the Judicial Conference of

      10   the United States.

      11

           Signature: /s/Nalene Benavides       Date:  July 12, 2023
      12                Nalene Benavides, RMR, CRR

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25