1

```
 1                   UNITED STATES DISTRICT COURT

 2                 FOR THE WESTERN DISTRICT OF TEXAS

 3                         EL PASO DIVISION

 4   UNITED STATES OF AMERICA )No. EP:20-CR-00389

 5   vs.                      )El Paso, Texas

 6   PATRICK WOOD CRUSIUS     )
                              )July 6, 2023
 7   _____

 8

 9                     SENTENCING-Volume 2 of 3

10            Before the Honorable David C. Guaderrama

11

12   A P P E A R A N C E S:
     ----------------------
13   FOR THE GOVERNMENT:
     MR. IAN HANNA
14   MR. GREGORY McDONALD
     MS. PATRICIA ACOSTA
15   --------------------------------
     Assistant United States Attorney
16   700 E. San Antonio, Suite 200
     El Paso, Texas 79901
17

18
     MR. MICHAEL S. WARBEL
19   -------------------------------------------
     U.S. Department of Justice Criminal Division
20   950 Constitution Avenue NW
     Washington, D.C. 20530
21

22
     FOR DEFENDANT:
23   MR. JOSEPH A. SPENCER, JR.
     --------------------------
24   1001 Montana Avenue
     El Paso, Texas 79902
25
```

APPEARANCES (Continued)

MS. REBECCA L. HUDSMITH
-----------------------------------------------
Office of the Federal Public Defender
for Western and Middle Districts of Louisiana
102 Versailles Boulevard
Lafayette, Louisiana 70501

MR. FELIX VALENZUELA
--------------------
701 Magoffin Avenue
El Paso, Texas 79926

MR. MARK STEVENS
------------------------
310 S. St. Mary's Street
San Antonio, Texas 78205

     Proceedings reported by stenotype.  Transcript produced by
computer-aided transcription.

```
1              THE COURT:  Mr. Velez, we have a new court reporter
2    this morning.  If you will re-call the case.
3              MR. VELEZ:  Cause No. EP:20-CR-389, the United States
4    of America versus Patrick Wood Crusius.
5              THE COURT:  For continuance of our Victim Impact
6    Statements.
7         I will ask for announcements of counsel.
8              MR. HANNA:  Good morning, Your Honor.  Ian Hanna, Greg
9    McDonald, Mike Warbel and Patricia Acosta for the United
10   States, ready.
11             MR. SPENCER:  Good morning, Your Honor.  Rebecca
12   Hudsmith, Mark Stevens, Felix Valenzuela and Joe Spencer on
13   behalf of Patrick Crusius, ready to proceed.
14             THE COURT:  Good morning to all of you as well.
15             MS. AVILA:  Good morning, Your Honor.  Jessica Avila,
16   Senior United States Probation Officer.
17             THE COURT:  Who is the first impact statement,
18   Mr. Hanna?
19             MR. HANNA:  Your Honor, the United States would like
20   to invite Mr. Christopher Morales to provide a statement.
21        Good morning, Mr. Morales.  Feel free to begin whenever
22   you're ready.
23             MR. MORALES:  So, I was living in Las Vegas for seven
24   years thriving, and my family they loved visiting me.  My
25   family was very close.
```

On August 3rd, 2019, I was at work.  I had just purchased my ticket to go to El Paso to visit.  I had asked my boss if I could quickly call my mother to let her know I would see her in two weeks.

She answered, and her voice was very weak.  I immediately asked her what was wrong.  She said, you haven't spoken to the girls, which were my sisters?  I said, no.  She proceeded to tell me, I have been shot.

My heart dropped in disbelief.  I wanted to keep her on the phone.  I realized she couldn't breathe.  The ambulance that was taking her to the hospital, one of the EMTs was holding a phone to her ear.  I told her I loved her, and I would be there as soon as possible.  I will never forget that conversation.

For a very long time, every third of the month, my mother would take my 86 year-old grandmother and my 89 year-old tia to cash the checks and straight to Walmart to get the groceries for the month.

They had just paid for the groceries, and they were at the register when all three of them were shot by this white supremacist, Donald Trump loving piece of shit.  My aunt, she was shot six times in the chest and passed away.  My mother was shot twice in the chest and my grandmother, 86 year-old grandmother, was shot in her stomach.

As my mom was laying on the floor and my aunt was bleeding out, my grandmother did not know she was shot.  She was yelling

1   out asking anybody to please come and pick up my mom, pick up

2   my aunt and take them out to the ambulance.  Thankfully, two

3   men, who I don't know still to this day, scooped my mom up,

4   scooped my aunt up, and my mom thankfully was able to be in the

5   first ambulance and that's why she survived.  They are

6   definitely the epitome of innocent bystanders.

7       I wanted to face this white supremacist asshole four years

8   ago.  Four years have passed.  We're supposed to ignore the

9   blatant disrespect the courts, judges, district attorneys, old

10  and new, have thrown at us?  You may be able to get away with

11  it and fool other people.  This is not going to pass me or my

12  family.

13      One thing I do hate is the media coverage this idiot got.

14  Mass shooters should not get any media coverage; only the

15  victims.  This is why these assholes do it because they have

16  nothing else to lose.  His family doesn't love him.  He knew he

17  didn't have shit going for him.  What is he going to do?  Get

18  mad, get a gun and go shoot somebody instead of killing

19  yourself.  You should have just killed your fucking self.

20      Like I said, I know the reason you did this is because you

21  knew your life was not going anywhere.  You had zero people who

22  loved you.  Four years is inexcusable, and, like I said,

23  everyone who had a finger in this, to lay of this mess, will

24  pay and be held accountable.

25      To all the victims and survivors, I hope you realize you

1    are being manipulated right now because four years is bullshit.

2    Lawyer up because we need to come together and hold these

3    people accountable for the pain we have been going through the

4    past four fucking years.  It is unacceptable.

5         Nobody cares unless shit directly affects them.  That's

6    just what it is.  It is the society we live in nowadays.  God

7    forbid one of the district attorneys, judges or anybody in the

8    court systems' families get shot in a mass shooting because I

9    can tell you, and bet my fucking life on it, it wouldn't take

10   four fucking years for this man to fucking get whatever he has

11   coming to him.  It is fucking bullshit.

12        14 mass shootings in the past four days, 14 mass shootings

13   in the past four days, 14 mass shootings in the past four days.

14   Let that sink in.  This is no longer about this white

15   supremacist, Donald Trump following asshole.  At this point it

16   is about the corruption in the fucking system, the failed

17   system, the failed court system.  God forbid, like I said,

18   anything happens to any one of you in power, I am sure it will

19   be pretty much expedited.  I can bet my life on it.

20        There is a million of this asshole out there.  There is a

21   million white supremacist assholes out there, okay?  This is

22   going to continue.  The mass shootings are going to continue

23   until we change the laws and not give mass shooters due

24   diligence.

25        This asshole get three meals a day, he gets to talk to his

1    family members, like we do not.  He gets to talk to his family.

2    We don't.  Look, he is nodding right there.  You get to talk to

3    your family.  You get to suck dick in jail and become

4    somebody's bitch boy.  Exactly, fucking faggot.

5              MR. HANNA:  Mr. Morales --

6              MR. MORALES:  It is bullshit.

7         Lastly, as long as we give mass shooters due process, due

8    diligence, whatever the hell we're giving them, this is going

9    to continue.  They literally need to be taken out back the same

10   day they do this mass shooting, and we don't need to show their

11   faces.  We need to show the victims' faces.  I just hope things

12   change because nothing is going to change until we change the

13   law.

14        That's all I have to say.

15             MR. HANNA:  Thank you, Mr. Morales.

16        Your Honor, with permission, the next individual has

17   requested Mr. Morales stand by her side.  They are related, and

18   she would feel better if he is there.

19             THE COURT:  Sure.

20        Who is the next one?

21             MR. HANNA:  Your Honor, the United States would like

22   to invite Ms. Amaris Vega to provide a statement.

23             MS. VEGA:  My name is Amaris Vega.  You shot my mother

24   Rosemary Vega in the chest.  You shot my grandma Rosa Barron in

25   the stomach.  You shot my aunt Teresa Sanchez six times.  She

1   is dead.

2      Every month, my mother took my tia and my grandma grocery

3   shopping.  When I was able to, I joined them.  You turned a

4   special bonding moment we all cherished into a nightmare.

5      I wanted to go grocery shopping with them that day.  By the

6   grace of God, I chose not to.  That haunts me every day, August

7   3rd, 2019, the day you chose to drive into my city and

8   slaughter countless innocent people.  That day was a Saturday.

9      The day before, Friday, August 2nd, my mom came to work

10  with me.  I am a teacher.  I had just been moved to a new

11  school.  My mom Rosemary Vega is a retired teacher.  She was

12  helping me setup my classroom like she always did the ten years

13  I have been teaching.

14     The school year was different.  My mom never got to finish

15  helping me setup my new classroom, neither did I.  I was out on

16  leave for three months caring for my mother.  You took her from

17  me.  That year, my students did not have a teacher, and,

18  because of you, I didn't have my mother.

19     You see, I was so excited that year.  That year was

20  supposed to be a year of new beginnings.  It was.  It was the

21  beginning of a life without my tia Teresa Sanchez, and it was

22  the beginning of a life I never thought I would have to live

23  through.

24     My cousin Arturo Sanchez does not have his mother.  You

25  killed her.  You destroyed all of our lives.  I lived in an ICU

1   room for three weeks because you left my mother with a softball

2   sized bullet wound in the middle of her chest.  I stayed up

3   every night for three weeks staring at my mother's heart

4   monitor machine just to make sure that her heart did not stop

5   beating in the middle of the night.

6        I could sit here, and I could say, I forgive you, but I

7   don't.  I wish I could be the bigger person and come in peace

8   and offer you forgiveness.  You don't deserve peace, and you do

9   not deserve my forgiveness.

10       I heard others say that this tragedy that you have plagued

11   our city with has helped El Paso become a stronger community,

12   become more united.  I have a very big problem with that

13   statement.  My mom was strong before you shot her in the chest,

14   my grandma was strong before you shot her in the stomach and my

15   tia was strong up until the moment that you murdered her.  My

16   family was united just fine before August 3rd, 2019.  My mom,

17   who was once in good health, now lives in constant pain, and

18   for that I will never forgive you for.

19       I respectfully ask the court, the judge and anyone who has

20   any type of say to give you the harshest punishment that is

21   allowed under the law.  I'm not asking for just, and I am not

22   asking for fair.  You destroyed what means the most to me, and

23   for that I will never forgive you.  For that, I hope you have

24   to suffer every single moment of your life.

25       I will go off script really quick.  I do have one last

1   thing I want to say to you.

2       In your pathetic, sorry manifesto, you stated that you

3   wanted to rid Texas of the Hispanic invasion that is taking

4   over.  Guess what?  You didn't.  You failed.  We are still

5   here, and we are not going anywhere.

6       For four years, you have been stuck in a city full of

7   Hispanics, and right now in this very moment you're sitting in

8   a courtroom full of Hispanic people.  Let that sink in.  The

9   joke is on you.  The bad guy never wins.

10      Thank you.

11          MR. HANNA:  Thank you, Ms. Vega.

12      Your Honor, Mr. Morales and Ms. Vega were here to speak on

13   behalf of Rosemary Vega, Rosa Barron and Teresa Sanchez.

14          THE COURT:  Who will be your next speaker?

15          MS. ACOSTA:  The Government invites Dean Reckard to

16   make a statement.

17          MR. RECKARD:  First, I would like to say my heart

18   pours out to all of you.  You lost a loved one or were injured

19   on that August 3rd, 2019, morning.  I will forever keep you in

20   my thoughts and prayers.

21      On July 6th, 1971, my mother Margie Reckard -- look at that

22   screen, man.  You see her?  Look behind you.  She gave birth

23   that day.  Today, I turn 52, and instead of celebrating my

24   birthday with family and friends, I am confronting the piece of

25   shit that purposely took the lives of 23 people and also

1    wounded 22 others without a care or a worry.  You still feel

2    that way, you piece of shit?

3        August 3rd is just 29 days away, making four years since

4    all of our lives were forever changed, including yours.  You're

5    young, man, you're stupid; bad choice.

6        I don't get you young kids today.  I really don't.  You're

7    beyond pathetic.  Look at me, man.  You are beyond pathetic.

8        I grew up like you had no idea, man.  I know what it is

9    like not to feel loved.  I remember plenty of days waking up

10   wishing my dad was dead.  My dad was an alcoholic, and he beat

11   the shit out of my mother almost on a weekly basis.  So many

12   years I grew up hating that guy.

13       It is funny though because, as you get older, you learn a

14   little bit more.  Back then, I didn't understand the meaning of

15   an alcoholic, sort of.  I didn't understand how sick that can

16   make somebody.  They are not there.  It is just like you.

17   You're not here, man.

18       I was not going to speak at all today so I am really at a

19   loss of words.  I don't think anything I will say or anybody

20   else in this court says makes a big difference to you

21   whatsoever.  I really don't.

22       Last night, I was sitting in the hotel room, and I heard

23   that Mr. Sanders said that you were going to make a statement

24   before you're sentenced.  Personally, I thought you were

25   already given that opportunity and you refused to, so I had a

1   whole bunch of words I was going to say to you.  I hope you do

2   make a statement.  I am sure this court would like to hear from

3   you.

4       These past two days I have sat here in court, and I have

5   seen you smile.  I have seen you smile, roll your eyes, mumble

6   words.  I don't know what you were mumbling.  It looked like

7   the word "fuck" to me, while sitting there with the protection

8   of the United States Marshals, God bless them.

9       Man, you guys, I don't know how you can do it.  To your

10  lawyers, I watched you guys too.  You guys are stone faced,

11  just like he is for the most part.  You won't even pay us any

12  attention.  I don't get it.  I get that you have a job to do.

13  I don't know why you would even want to take on such a pathetic

14  piece of garbage, but you do.

15      You guys sleep good at night?  Do you sleep good at night?

16  To me, you haven't shown any signs of remorse, you really

17  haven't.

18      What Chris said before I came up here, he took the words

19  basically right out of my mouth when it comes to the media.  If

20  it wasn't for the media, I don't think you would have did what

21  you did.  You just wanted to be a copycat.  No?  The media

22  says, and everybody else pretty much thinks the same thing,

23  you're a white supremacist.

24      Look, I am a proud Republican.  I voted for Trump, and I

25  will vote for him again this time around.  To me, I think he is

1    the best President that this United States will ever have.  I

2    don't ever recall hearing Trump tell people to go out and kill

3    Mexicans.  I don't know where you got that from, man.

4        Yes, there is a problem we have in the United States with

5    the borders, but it is not for us to deal with, man.  That's

6    for people in law enforcement to deal with.  Yeah, it pisses me

7    off, people come over here and live off the government and all

8    of that.  I get it.

9        I tell you what, I am living in Omaha, Nebraska, right now.

10   It is weird that August 3rd, 2019, I remember seeing it come

11   over the news, the Walmart shooting in El Paso.  I was like,

12   man.  Prior to that though, I heard of other mass shootings.  I

13   never thought it would hit so close to home.

14       I am sitting here on my couch a few nights later looking at

15   my Facebook.  Sure enough, I get a message from the media,

16   sorry about the loss of your mother.  What the hell?  They want

17   to interview me.  I guess the FBI was trying to get hold of me,

18   but I just find it ironic that media was able to get hold of me

19   before the FBI.

20       Anyway, four years later here we are, and there is so many

21   things that I can say, man, but Margie K. Reckard, she look

22   Mexican to you?  She's not.  All American, 100% American.

23       You know what else?  My mother, when you killed her in the

24   head from what I heard, she had Parkinson's disease.  She was

25   already -- that woman had a rough life.  She did not deserve to

1    die the way you took her out though.

2        Man, I don't get it how you can just wake up one morning

3    and say, I am going to go out and kill some people.  I don't

4    get that, man.  I don't get it.  I probably never will.  I

5    guess that's a good thing.  I am not that way.  I used to be a

6    lot of ways.  I'm not that way no more though.

7        Media, you should be ashamed of yourselves because you do

8    play a part in what this filth did that day, but you guys also

9    have a job.

10       The world, I am glad to know there is a lot of love in this

11   world still.  Because if it was like I feel in this courtroom

12   right now where the world is just shitty, I don't know how we

13   would just make it.  Have no mercy on this filth.

14       Are you sorry for what you did?  I'm real curious to know

15   what you have to say.

16           MS. ACOSTA:  Your Honor, the Government invites

17   Hilda Reckard.

18           MS. RECKARD:  My protector.  He is always like this.

19   Bless his heart, he is such a good man.  I wish you knew him.

20   He is normally a man of not very many words.  Sometimes getting

21   three words out of him on the phone is hard.

22       You have to forgive me because I have an ear infection.  My

23   volume, I can't tell how loud I am.  The way I talk, I am not

24   my dad.  My dad was a preacher and used to tell stories.

25   That's how I learned to teach people, through stories.  Here it

goes.

On August 9th, 2012, I had to go tell my mother that my baby sister had been killed in a shooting with three people dead, one injured, in her workplace.  My mother was quiet for awhile, and then she asked us, the minister that was with us because my dad was a minister too, minister, friend of my parents, to hold hands and pray for the shooter's family and all of us that had lost somebody.  She said that day that not only had we lost our families, but that family had lost their child too because nothing would ever be the same ever again. That compassion, Lord, thank you Mama, that compassion my mother had always stayed with me all through my life.

When I read that your mother called the police on you, all I could think of was how much courage it took to turn her own son in to the police, and then I love my children and I would have done the same thing.  It is love.

I wish she could have been successful.  I wish there could have been some type of red flag law out there that could have detained you.  Maybe we wouldn't be here today.  Who knows?  I will always wonder that.

I wanted to tell your family in memory of my mom mainly and her compassion that I hold no hate towards your family.  I harbor no hate.

Here's where the sad part is.  This is where the sad part is.  You grew up in a good community of what I read about you.

1   You grew up in a good community.  You had the schools, you had

2   the neighborhood, you had everything some of us hardworking

3   people are striving and struggling to give to our kids.  You

4   had it, and you just said, fuck you, fuck my parents, I don't

5   care what kind of shame I put on, I don't care what I do to

6   them or to anybody else, just as long as I get that five

7   minutes of attention in the media.

8       Yeah, you didn't fucking care.  You didn't.  Just like that

9   fucker that killed my sister, he didn't care.  He got his 15

10  minutes of fame.

11      You know what I got?  You know what we got through this?

12  This will be my 12th year of this shit.  I got nightmares, and

13  I had to go back because of you making me relive it too because

14  of you all and people like you.  I had to relive, I had

15  nightmares, I had to question everything, and thank you, God,

16  thank God I had parents and family that taught me compassion

17  for another's soul because I damned sure wouldn't have got

18  through it and I wouldn't be standing here today.

19      They taught me about God, and every day I cannot tell you

20  how many times I had to stand up in my mind and say, God loves

21  everybody and remind myself even though he loves me, he loves

22  you too and try to keep going on and not hate.  Find the good

23  in everything.  Find good in everything, and keep going being

24  the person, the good person, that I am.

25      If you know me, you know that I will toot my own horn that

1  I am a damned good person, I will help anybody.  What I don't
2  understand is why you all want to throw your lives away for
3  nothing, for nothing.
4      You will never know what it is like to fall in love.  You
5  will never know what it is like to hold your own child.  I do.
6  I do.
7      And grandkids.  Oh, my God, we know what it is like to hold
8  our grandbaby.  It is just a miracle, such a freaking miracle.
9  You will never know.  While you're rotting in that cell of
10  yours, I will be holding my grandbaby.  I will be loving
11  people.  Black, white, green, purple, I don't care.  If you are
12  good to me, I am good to you.  The sad part is you have a life
13  you threw the fuck away just like everything else.
14      Yes, media, if you would stop showing the shootings and
15  stopped showing people how they are on television and running.
16  Do you know what it is like to wake up and have -- do you
17  really know what it is like to wake up and see your family
18  member running because they are trying not to get killed?  Do
19  you know what it is like?  I do.  Not once but twice.  I know
20  what it is like.
21      Do you know what it is like to sit there and hope and
22  pray while they are trying to find that fucker that you don't
23  know where they are?  Do you know what it is like to go in a
24  store and you scan the whole place to make sure that you know
25  where your exits are?  Do you know what that's like?  I don't

1    think you do.  If you do, then when you would be more

2    compassionate and show the families, show what they are going

3    through.  Stop giving them their 15 minutes of fame.

4         On to Ms. Margie.  Ms. Margie, I never got to meet

5    Ms. Margie personally.  They were working on their

6    relationship, and I think I had a little part in it.  I got

7    them to start talking.  She even sent him a birthday card.  I

8    just found it about a year ago and put it up in a special

9    place.

10        I always wonder if I could have gotten her to come live

11   with us or close because she was sick, and I tried a couple of

12   times and I was not successful.  I never know if I would ever

13   have been successful.  I will never have that chance because

14   you took it away.

15        Yes, she was sick, bless her poor heart.  She was sick and

16   had really bad Parkinson's disease.  She deserved the dignity

17   to die a natural death like we all do from natural causes, not

18   for somebody to because you're just mad and you wanted to --

19   you are just mad.  Somebody is mad and hating somebody.

20        She was a sweet lady of what I knew.  He still talks -- the

21   biggest thing he talks about is her chicken and dumplings, and

22   I could never get it right like his mother, but I keep trying.

23   Every wife knows that.

24        Then there is the one more Walmart part I know I am going

25   about.  When something like this happens, you don't know how

1    you're going to pay for everything.  You don't know how you are
2    going to get the money for the funerals.  Not everybody is
3    lucky to have this kind of help that we did, and thank you,
4    God, for El Paso because if you hadn't have stepped in, God
5    knows I don't know how we would have paid for the funeral.
6        We're not rich people.  We're regular working people.  We
7    work for everything we get.  We don't work, we don't get it.
8    That's how things should be.
9        I also want to thank the correction officers for what they
10   did.  The correction officers, they make sure that we can go to
11   sleep at night because they do their job.  I want to thank
12   everybody that did help.  That's all the bad things.
13       When I walk home, like I like to tell people all the time
14   in this situation, and the situations is we have -- there was
15   so much love.  Man, you dropped the ball because black people,
16   white people, green, pink, purple, I don't care, they showed up
17   to her funeral.  There was 3,500 people that come from
18   everywhere and gave up their time, their effort, just to come
19   and be there for her funeral.  I will never forget that kind of
20   love that I felt that day.
21       In my home, we just have things that people -- we couldn't
22   bring everything home because there was so much of it.  People
23   brought statues, and flowers, and they are in my home.  Of what
24   we could get and bring back on the plane, we brought.
25       Then there is the artists that made all the pictures.  They

1    didn't have to do these things.  They did.  It was out of love.

2    That's what I like to talk about.  Not what you did, but how

3    people came together, and how they loved each other, and

4    that's, in my opinion, how we can all try to remember what

5    happened is, yes, there is a negative to the shooting, but

6    there is also a positive of all the love that was destroyed

7    through this tragedy of how America came together and that's

8    what should be recorded is how America came together.

9        That's all I have to say.  I hope you rot.

10       MS. ACOSTA:  For the record, these are family members

11   of Margie Reckard, deceased, named in Counts 19 and 42.

12       THE COURT:  Mr. Hanna, your next speaker?

13       MR. HANNA:  Your Honor, at this time the United States

14   would like to invite Ms. Adriana Zandri to the podium to

15   provide a statement.

16       MS. ZANDRI:  Thank you for the opportunity to address

17   you, Your Honor.

18       I never imagined that I would have to be standing here

19   talking about my husband, my children, this way.  I should be

20   with our families.  The bad decisions that were made lead to

21   consequences.  When we make bad decisions, there are

22   consequences to be faced.

23       On the 3rd of August, I never imagined that my life and my

24   children's life would change so dramatically.  I'll never

25   understand what led you to do this, something so awful and

1    horrible, but I don't want to stand here talking about what I

2    lost.  I want to talk about what is going to come for myself

3    and my children.

4        My children have lost their hero, they lost their prince,

5    they lost their pillar of support and their father.  He is not

6    going to be there to teach them to play basketball to my

7    daughter.  He is not going to be there to hand my daughter over

8    at the altar at her wedding one day.  He is not going to be

9    able to teach my son to shave, to drive a car.  He is not going

10   to be able to exchange whispers with his dad about, oh, that's

11   the girl I like.  My family was on the receiving end of the bad

12   decisions that you made.

13       As a father, he was upstanding and responsible.  He made

14   sure that everything went well in my children's life, and they

15   lacked for nothing.  He was their guardian and protector.  You

16   took that away from them.

17       When all of this happened, my daughter was five years old,

18   and my son was nine.  The only thing I wanted is for them not

19   to grow up with hate in their hearts because the day they start

20   feeling hate for you that's when their lives are over.  It is a

21   struggle, but I think that's the best thing we can do as we

22   move forward.

23       My husband was proudly Mexican.  My children are proudly

24   Mexican.  As a wife and a mother, I am proud to have been part

25   of this Mexican family.

1          Thank you.

2              MR. HANNA:  For the record, Ms. Zandri is speaking on

3    behalf of Ivan Filiberto Manzano, her husband, reflected in

4    Counts 16 and 39.

5              THE COURT:  Who is the next speaker?

6              MR. HANNA:  May I have a moment?

7              THE COURT:  Yes, sir.

8              MR. McDONALD:  The United States would like to invite

9    Francisco Rodriguez to provide a Victim Impact Statement.

10             THE COURT:  Yes, sir.

11             MR. RODRIGUEZ:  Good morning.  My name is Francisco

12   Rodriguez.

13        Javier Amir Rodriguez, the 15 year-old boy who you killed,

14   you shot him and always will be my son even though he is not

15   here anymore.  I would like to give my prayers to all the

16   families affected by what happened August 3rd, 2019.

17        On August 3rd, 2019, I got a call letting me know my son

18   had been shot.  At the time I was out of town for work.  I was

19   over 700 miles away; 700.  I felt useless not being able to do

20   anything being away over nine hours away from El Paso.

21        July 4th, 2019 -- have the balls to look at me.  Have the

22   balls to look at my son.  You had the balls to do this shit,

23   right?  Have the balls to look at me.

24        July 4th, 2019, was the last time I saw Javier Amir

25   Rodriguez, my son.  It was the last time I saw him alive.

1   August 6th was the next time I saw my son in the funeral home

2   laying in a bed not being able to breathe, talk, move.

3       Yes, my 15 year-old son was dead because of you.  I was

4   never going to be able to see him again, hug him, kiss him or

5   even see him grow up.  Now, every celebration, holiday,

6   birthday will never be the same because of you.  My life and

7   the life of all that is around me will never be the same again.

8       Now, I am the grinch of the family.  I don't like to go

9   anywhere or I don't like for my family or kids to go anywhere.

10   I want them to be home safe.  I definitely don't want to go

11   through what I am going through again.  I already had PTSD from

12   being in the military, my depression.  Now, it is even worse.

13       All thanks to your cowardly actions of August 3rd, 2019, I

14   won't be able to see my son for the rest of my life.  All I

15   have left are pictures and memories left behind; shirts.

16       Look at him.  He is right there.  Look at him.  You ain't

17   got the balls to look at him now, huh?  You had the balls to

18   shoot him when he was there at the Walmart, in the back.  All

19   he was trying to do was fucking survive.  Now, I carry his

20   ashes with me everywhere I go.

21       He loved to play soccer ball.  Now, I carry him with me

22   everywhere I go.  That's all I got left.  He was 15 years old.

23   He loved to play soccer.  You took all of that away from him.

24       He was 15 years old when you shot and killed my son.  He

25   didn't even get to walk on the stage for his graduation.  You

1   know what I got?  I got to see an empty chair with a cap and

2   gown and a light over it while over 100 kids walked the stage.

3        What did my 15 year-old son, Javier Amir Rodriguez, do to

4   you?  He didn't even know you existed.  You shot and killed him

5   just like that; cold blooded.  My son had a life ahead of him,

6   and now all of that is gone.

7        What did the family members of everybody affected by August

8   3rd, 2019, do to you?  They didn't even know you existed.  You

9   should have just stayed like that.  Instead of driving nine

10  hours to hurt innocent people, you should have just used the AK

11  on yourself and get it over with.

12       You are a coward hiding behind the system, having a roof,

13  three meals a day, a place to sleep and being able to breathe.

14  You drove nine hours to commit your hate crime without thinking

15  about the damage you were going to create.  You heard it impact

16  many families, and lives and generations to come, but you must

17  hate your family as much as you hate Hispanics.

18       One of the damages you left behind was the damage done to

19  your family, your sisters, your brothers, your parents, as well

20  as the family members yet to come for generations to come.

21  What a coward.  You marked your family.  You brand them like

22  the animals like they brand the cow.  They are marked for life.

23  When they hear your name, all they will see and hear is, the

24  killer, the coward.

25       Now what?  What is next, coward?  I don't know if you know,

1   but in jail there are many races, one of them being Hispanics.

2   Will you be trying to get rid of them as well?  Good luck with

3   that.  Make sure you keep your behind tight at night when you

4   sleep, and make sure you don't drop the soap when you're taking

5   a shower.

6       You think you're somebody important by what you did?

7   You're not.  You are a coward.  You are a coward that just is

8   trying to hide behind the system; a bug.  You're part of an

9   infestation that needs to be taken care of.

10          MR. McDONALD:  Your Honor, at this time Mr. Rodriguez

11  would like to read a letter from his wife as part of her impact

12  statement.

13          THE COURT:  Yes, sir.

14          MR. RODRIGUEZ:  On August 3rd, 2019, around 10:35 in

15  the morning, you ended my life, me, Javier Amir Rodriguez, the

16  youngest of the victims.

17      I want to tell you I was a young man who had goals and

18  dreams ahead of my life.  I was in the second year of high

19  school, and you came and took all of those plans away.  You

20  took my future.

21      I was a great soccer player.  I managed to win trophies,

22  medals, for my own merit and effort in various local and state

23  tournaments, national tournaments.  My dream was to become a

24  Border Patrol agent.  What an irony, right?  Coward, look at

25  me.  And probably in the future start a family.  Now, all of

1    that is gone now.

2      Almost four years have passed away where my family and my

3    friends have lived without me.  I do still have friends.  They

4    still come and visit me.  I do those things that have never

5    been forgotten that you create when you are a child, a

6    teenager, with your friends.  I am sure they hope I could

7    hangout with them exploring all of those things for our lives.

8      Right now, I would have been in college starting law

9    enforcement to start with my dream and my profession as a

10    Border Patrol agent.  Now, all of that, thanks to you, is gone.

11    You ended my life way, way too soon.  You are nothing but a

12    coward.

13      My family suffers my absence every day because of you.

14    Parties, dinners and simply meetings are not the same because

15    they always lack one, me, Javier Amir Rodriguez.

16      Maybe I had already met the love of my life, the woman with

17    whom I would probably spend the rest of my life and possibly

18    have children.  But no, it was easier for you to come from

19    another place, drive nine hours, over nine hours, to kill me

20    and destroy my father, my mother, my sister, my brother, my

21    stepsister, and stepbrothers and the rest of the family, as

22    well as the people who still love me and mourn my absence every

23    time they hear a song or see me in photos because that's all

24    that is left behind.

25      My videos and in my birthday in my picture is how I

1  celebrate my birthday while you breathe.  Every year, this is

2  how we celebrate his birthday while you have a roof, while you

3  have three meals a day, while you breathe.

4     At the cemetery -- that picture is from the cemetery.  It

5  is where my son is laying to rest.  He is not even able to blow

6  the candles and make a wish.

7     The date approaches that you came down to El Paso to

8  destroy the peace of all of these families in the city and

9  engraved my son's name in your twisted mind and your cowardly

10  mind.

11     My name is Javier Amir Rodriguez.  Javier Amir Rodriguez

12  just in case you didn't hear it.  Because my family that you

13  don't know either acclaims justice for me and the other

14  innocent victims whose lives you took from us with your cruelty

15  and immaturity.  You have been dragging since you were probably

16  in childhood.

17        MR. McDONALD:  Your Honor, let the record reflect both

18  those Victim Impact Statements were for Javier Amir Rodriguez,

19  deceased, and listed in Counts 21 and 44.

20        THE COURT:  Yes, sir.

21        MR. HANNA:  Your Honor, at this time the United States

22  would like to read into the record a Victim Impact Statement

23  from Ms. Liliana Rodriguez.

24     Good afternoon, Your Honor.  My name is Liliana Rodriguez,

25  stepmother of Javier Amir Rodriguez, the youngest victim of

1    this terrible massacre.

2        I don't intend for any reason to take the place of his

3    mother.  I beg you to apply all the law to the fullest to the

4    subject who came to destroy our hearts and tranquility.

5        I didn't carry in my womb for nine months nor give birth to

6    Amir.  This human waste came to destroy my heart and that of

7    the entire family.  That day will never be erased from my

8    memory because this monster came to cause me the greatest pain

9    I have ever experienced in my life.

10       My heart burned with pain, my chest felt empty and my mind

11   did not give me or give to me the understanding of the reason

12   why the soulless young man took the life of one of our loved

13   ones.

14       I remember that Saturday very well.  My kids and I were

15   going to leave the house for Cielo Vista Mall, and my husband,

16   Francisco Javier Rodriguez, spoke to me by phone to wait for a

17   friend of his to give him a part for a truck he needed.

18       I left my house around 10:40, and I noticed all the police

19   movement that there was.  At that moment I contacted my husband

20   by phone.  He was in Oklahoma for work reasons.  He told me

21   that the mother of Amir had called him, and everything

22   indicated that someone had shot Amir.

23       Surprised with what he said to me, I told him not to worry

24   that everything was going to be fine.  I was left with the fear

25   they were going to confirm this news that we did not expect

1   and, of course, much less prepared.

2       We decided to change course towards Montana Avenue to

3   pickup uniforms for my oldest son.  30 minutes later, my son's

4   father-in-law confirmed there was a strong movement in the area

5   of Cielo Vista.  He told my son to go to the house with his

6   wife and not to go out at all.  It is what we did.

7       Hours passed, and we were watching all the reports on

8   television.  What we were hearing and seeing seemed incredible

9   to me.  I still had the hope that Amir was somewhere hiding and

10  stunned by fear.  I remember as if it was yesterday how much I

11  prayed to God that what we were going to find out would not be

12  true.  Later, around 3 p.m., I decided to return home with fear

13  and a feeling of sadness to wait for some relevant news about

14  Amir.

15      Hours passed, and my husband told me that Octavio Lazarde,

16  Amir's uncle, told him Amir was dead, and he had been shot

17  inside the Walmart bank and he saw it.  Again, I told him we

18  should wait and keep the faith, and Amir was going to return

19  home safely, and at that moment after many hours my husband was

20  able to head back from Oklahoma.  He left Oklahoma around

21  5 p.m. in the afternoon.

22      Parasite, can you imagine how a father who loves his son

23  with all his heart came driving all alone without the support

24  he needed during those moments and hoping the news we were

25  about to receive was not true?  He almost had an accident on

1   the way to El Paso from how terribly stunned he had been.

2       With thoughts fluttering in his head at night, my husband's

3   cousin and I decided to go out and look for news about him in

4   hospitals or police stations without any encouraging news.  I

5   was in shock at that time because I didn't remember.  Other

6   things we did during the following hours, my son, who was 14

7   years old at the time, was the son who over time reminded me

8   where and what we did to look for Amir.

9       We left the house at 11:30 at night.  It was a dark and sad

10  night, just like the day; the worst night I ever lived.  I felt

11  even more and immense sadness in the air, and the surroundings,

12  and I could not stop crying.  All that night I did not sleep.

13      On August 4th, my husband arrived around 6 a.m., and we

14  went to the school where the meeting point was, and the moment

15  we did not want to arrive happened around 10:45 in the morning.

16  They confirmed that Javier Amir Rodriguez, 14 years old, was

17  found shot and dead in the bank inside Walmart.

18      This parasite here in front of all of us came and took out

19  his hate and frustration that he has against himself and his

20  family and our families and our people.

21      It has been days, months, years full of pain, fear and

22  anguish because, like many, I no longer go out confident even

23  to buy groceries.  I am not even comfortable with my children

24  going to school or to work.  You have come to ruin all our

25  peace of mind.

1       And, let me tell you, we are a Mexican family and come to

2   this country to succeed and contribute.  My husband is a

3   veteran and went to combat twice to defend this great nation to

4   defend the people of the United States so the bad guys don't

5   come to our home.

6       I am a teacher, and I get up every day to go to work to

7   help the children of my class to be great citizens.  I can tell

8   you that I being a Mexican-American have more respect for this

9   great nation than you.

10      I believe in forgiveness, but only God can forgive you.

11  The first time I saw you, I wanted to poke your eyes out with

12  my bare hands because I don't think I can have any sympathy for

13  the murder of my son.

14      Yesterday, I saw you the second time.  I felt sorry for you

15  because only a child unloved, rejected, hated, disgusted by his

16  family and people around you becomes an adult capable of doing

17  such an atrocity against innocent people and your own family.

18      Is your last name, Crusius, to be a torment these days for

19  your entire family?  Poor of your parents, siblings and future

20  descendants.  Because of you, they will be classified and

21  marked as murderers or relatives of a murderer.  Suffering can

22  be seen on your face even when you want to pretend otherwise.

23  What a horrible life you chose for yourself and yours.

24      May the devil receive you with all his love.

25      Liliana Rodriguez, for the record, is the stepmother to

1    JAR, Counts 21 and 44.

2             THE COURT:  Mr. Hanna?

3             MR. HANNA:  Your Honor, perhaps this may be a good

4    time for a short recess.

5             THE COURT:  Yes, sir.

6        Ladies and Gentlemen, we will recess until 11:15 and resume

7    our proceedings at 11:15.  Sorry, at 11:30 we will resume the

8    proceedings.

9                          [Recess taken]

10            THE COURT:  Mr. McDonald?

11            MR. McDONALD:  Thank you.  I would like to read a

12   Victim Impact Statement from Jennifer Morales, the daughter of

13   Rosemary Vega referenced in Counts 68 and 90.

14       On August 3rd, 2019, my family's life changed forever.  You

15   shot my mother, grandmother and great aunt.  There is no excuse

16   for the senseless act of violence you did on that day.  The

17   trauma our family has been through will be with us forever, but

18   we are strong and resilient.  We are healing each day.  All the

19   families that were impacted that day, including mine, deserve

20   justice and will get justice.

21       Jennifer Morales.

22       The United States would like to read an impact statement

23   from Isabel Piedra, the daughter of Rosa Barron referenced in

24   Counts 51 and 73.

25            THE COURT:  Yes, sir.

1           MR. McDONALD:  Mr. Crusius, my name is Isabel Piedra,

2     the daughter of Rosa Barron who you shot and injured severely,

3     the sister of Rosemary Vega who you also shot and injured

4     severely, and the niece of Teresa Sanchez who you killed.

5         I am sure you heard many victims' families talk about how

6     you have hurt them and impacted their lives in a negative

7     manner these past few days.  I have contemplated seeing your

8     face and speaking directly to you to express how I feel about

9     what you have done to my family because of your hatred of a

10    certain ethnicity, your mental instability and your coward way,

11    but instead I chose to remain a figment of your imagination.

12        I have realized that I pity you.  I pity the people who

13    have raised you, and I pity those who choose to represent you

14    in court.  I truly hope that God forgives you some day.  I wish

15    I could be a better person and forgive you, but at this point I

16    feel nothing for you other than pity.

17        My mother Rosa Barron has asked me to let you know she

18    forgives you.  My mother is an amazing person, a loving person,

19    a strong person and you have only made her stronger.

20        I do want you to know what you have done to my family has

21    led me to recognize how special my family is to me.  What you

22    have done to my family has allowed me to love my family more.

23    What you have done to my family has given me more strength to

24    tackle whatever comes my way.  What you have done to my family

25    has empowered my family, and for that I thank you, Mr. Crusius.

1      Mr. Crusius, if you haven't noticed by now, you are in a

2   city that is known as El Paso Strong, and strong we became the

3   day you stepped foot into our town.

4      MR. HANNA:  Your Honor, at this time the United States

5   would like to read into the record a Victim Impact Statement

6   from Mr. Mario Alberto Perez Briones.

7      THE COURT:  Yes, sir.

8      MR. HANNA:  Blessings, my name is Mario Perez Briones.

9   I am a survivor of the shooting that happened in El Paso,

10  Texas, on August 3rd, 2019.

11     I was visiting my family from El Paso, Texas, and I went to

12  the Walmart to buy something when the shooting happened.

13  Suddenly, I hear some gunshots and run.  A shot got me.  My

14  life has been changed since that day.  I live day-by-day by the

15  Lord's grace.

16     My concern is this person needs to repent and to cry to the

17  Lord Jesus for forgiveness and ask him for a new life.  I, as a

18  Christian, want to express to him my forgiveness, but the

19  authorities will manage his future.  Please repent for what you

20  did and ask to all of the families you affected for

21  forgiveness.

22     I know you are in jail, and I am sure there is a ministry

23  in the same facility that can help you now to get a personal

24  relationship with the Lord Jesus.  My most sincere wishes for

25  you.

1      Your Honor, Mr. Mario Perez Briones is listed in Counts 52

2   and 74.

3      At this time the Government would like to read into the

4   record an impact statement from Maria Soto.  It is in Spanish,

5   and the Government will read it and have the interpreter

6   interpret it, if that's okay with the Court.

7           THE COURT:  Yes, sir.

8           MR. HANNA:  Mr. Patrick Crusius, today, there are many

9   mixed emotions being expressed against you.  The only thing

10  that I would like is for God to do justice because our family

11  has been very damaged because of your racist decision against

12  ours, and my parents were separated in a very terrible way.

13     Their way of life and the way of life of many other persons

14  was also changed, and I imagine that you will never be able to

15  understand how much we have suffered and are suffering due to

16  the mental and physical state that my mother has to go through.

17     Today, I decided to forgive you, not because you deserve

18  it, but because I don't want anything that will tie me to you.

19  May God bring about a change in your life.

20     Maria Soto.

21     For the record, Ms. Maria Soto is the daughter of Juan de

22  Dios Velasquez Chairez, deceased, listed in Counts 23 and 46.

23          MS. ACOSTA:  The Government invites Maria Magdalena

24  Gonzalez Garcia to give her statement.  Ms. Gonzalez Garcia

25  asked me to read her statement.

1          THE COURT:  Yes, ma'am.

2          MS. ACOSTA:  On August 3rd, 2019, I was at the Walmart

3    store when I was shot by the shooter.  On this day, I went to

4    the Walmart store with my son and daughter-in-law.  The day

5    before, we went to the Walmart store, but the pharmacy wasn't

6    going to have my medication ready.  That is why we came back to

7    Walmart the day of the shooting.

8        We always entered through the garden section of the Walmart

9    store and pay for our things in that section, but we noticed

10   that the registers were closed so that meant we had to pay for

11   our things at the registers inside the store.

12       I picked up my medication and gathered other items I wanted

13   to buy.  My son walked me over to the registers.  I agreed to

14   meet him at the garden section once I was done paying for my

15   things.

16       I moved to register No. 5 because there were a lot of

17   people in the other line.  When I was ready to pay, my son left

18   me at the register so he could get his girlfriend, who was

19   shopping.  When I paid for my things, the cashier gave me my

20   receipt when I heard shooting and screaming.

21       I couldn't run away because people had ducked down in the

22   line so I tried to hide under the register.  I was able to get

23   my upper body underneath.  I was curled up on my knees, and I

24   couldn't fit my entire body because a man next to me was also

25   trying to hide.  I covered my head with my arms, but my legs

1   were sticking out because I couldn't get them under the

2   register.

3       The shooter kept shooting, and the man next to me was shot

4   in his stomach.  I heard the next shot, which I knew was for

5   me.  The shot hit the metal part, but I didn't know I had been

6   shot.  The shooter kept shooting, and I could hear bodies fall

7   to the floor, and I was worried and scared for my son.

8       After the shooting stopped, my son came looking for me at

9   the registers and saw my shoes.  He touched me, and that is

10  when I turned around to see him.  I realized I had been shot in

11  my calf when I turned around and I tried to get up.  I had to

12  use a shopping cart to help me walk.

13      A police officer told us to go to the Sam's store next door

14  so I could get some medical help.  Then the ambulance took me

15  to Del Sol Hospital next door.

16      I was hit with bullet fragments in my right calf.  I only

17  stayed at the hospital for two days because they told me there

18  would be no help for me since I am a Mexican citizen.  That is

19  when I asked to be discharged so I could go back to Ciudad

20  Juarez for medical care.

21      My doctor told me I have 12 fragments that are in my leg,

22  and I will not have surgery to take the fragments out.

23      After I was released from the hospital, I needed to use a

24  wheelchair.  After, I used a cane when I walked, but I stopped

25  using the cane because it was affecting the way I walked.  I

1   still experience a prickly feeling in my leg, more so when I am

2   resting.  I have to have my leg a certain way when laying down.

3   I also had a strained neck and had a neck brace.  I experienced

4   continuous discomfort.

5       Since the shooting, I am no longer the same person I used

6   to be.  I used to run a Mexican restaurant with my son in

7   Ciudad Juarez.  I was the cook in the upstairs portion of my

8   restaurant and would easily go up and down the stairs with the

9   food.  My son worked in the downstairs part of the restaurant

10  assisting customers.  I had to close down my restaurant because

11  I could not be on my feet and because of my anxiety.

12      I now suffer from anxiety and depression.  I was very

13  active before the shooting.  I would go to the gym.  Now, I

14  don't have motivation to get up, not even to shower, and I have

15  gained weight.  Even hearing a phone ring scares me.

16      My son is with me during the day so I won't be alone.  I

17  keep seeing the bodies of the deceased in my mind, and I

18  remember seeing a piece of a skull land near me.  I keep

19  replaying the events of the day of the shooting in my mind.

20      When I see shooting events on the news, I get memories of

21  the day of the shooting.  I feel sadness thinking of all those

22  individuals that were killed that day.

23      My son was able to hide from the shooter.  He thought I had

24  been killed when he came to the register because he could only

25  see my feet with my shoes.

1     My son is also dealing with anxiety.  My son no longer

2  works, and he sells miscellaneous items to earn some income.

3     My daughter-in-law was able to hide from the shooter in the

4  soda aisle with a man and his young son.

5     The day of the shooting, my husband didn't know what

6  happened because we told him we were having car issues and

7  couldn't go back to Ciudad Juarez.  When we went back to Ciudad

8  Juarez, we told him what happened.

9     My husband became anxious after that.  He would worry when

10  my son and I would be out, and he would constantly check on us.

11     My husband passed away in August 2022 of a heart attack.  I

12  feel like I am missing a huge part of my life.  We were married

13  for 48 years.  Now, I am also suffering with his loss and with

14  what happened the day of the shooting.  I feel very emotional,

15  sad and very empty inside.

16     The shooter killed so many people.  He killed a 15 year-old

17  boy.  I witnessed his uncle distraught over his loss.  We tried

18  to comfort him, but he was crying uncontrollably.  The shooter

19  doesn't deserve to be here.

20     Your Honor, Mrs. Gonzalez Garcia is named in Counts 59 and

21  81.

22     Your Honor, the Government will read a statement from

23  Kady Flores.

24          THE COURT:  Yes, ma'am.

25          MS. ACOSTA:  She's a relative of Raul and Maria

1    Flores, both deceased, named in Counts 7, 30, 8 and 31.

2        August 3rd, 2019, was a day that changed our lives forever.

3    You deciding to take the lives of 23 innocent people for

4    whatever bad day or life you had caused such an impact.

5        Out of those 23 beautiful people, two of those were ours.

6    Our grandfather Raul Flores preparing for his surgery so he

7    could continue to not only be by our side but the side of his

8    beautiful wife Maria Flores wasn't even given the opportunity

9    to make it to that.

10       Raul Flores had a beautiful family, most of whom loved him

11   so much.  He was full of stories sharing his experiences and

12   how to appreciate loved ones and life.  His sense of humor was

13   one of a kind.  He loved sharing and teaching the importance of

14   hard work and what was earned from that.

15       This man worked so hard.  Although his body was fighting

16   him, he made sure to take care of his family's needs, whether

17   it was something that needed to be built, painted or fixed.  He

18   loved all of his grandchildren and great grandchildren with one

19   of them my husband and I were expecting.  Grandpa was so

20   excited to meet, thinking it was going to be another great

21   grandson.  To his surprise, it was going to be a girl.

22       Raul Flores had such a loving heart, and I will never

23   forget the stories he would share on how to successfully have a

24   beautiful marriage and the little things that could be done to

25   avoid having petty fights and to realize and appreciate the

1   importance being a couple was.

2       The world is a nasty world, which you have continued to add

3   on to.  But to have literally killed off that love those people

4   who were the change in this world and who impacted others, I am

5   being polite and using their words and understanding what it is

6   to be kind, loving, and caring, to respect one another and you

7   took that away.

8       You also didn't hesitate to take his love away with him.

9   Maria and Raul Flores were stuck at the hip and the most

10  compatible couple I have ever met.

11      Maria Flores loved candies and sweets, considering she was

12  diabetic.  Any time I would hangout with her to have our

13  conversations, she would turn to grandpa by nudging him, and he

14  would give her candies he was carrying in his pocket for her.

15      Grandma was definitely the protective type and didn't take

16  crap from anyone.  She stood for her family and didn't just let

17  anyone in.  But once she did, she loved you as her own.

18      She was a wonderful cook and sacrificed to make sure people

19  were fed.  She would even take time to teach me how to make

20  some of her meals, but unfortunately I was not given the

21  opportunity to get the recipes and able to share them with our

22  daughter.

23      Grandma loved strong and made sure you knew she loved you.

24  Grandma held herself high because she deserved to.  She made

25  sure she was well dressed.

1          I remember before she left this earth that we FaceTimed her
2     to tell her we were pregnant.  Neither her nor grandpa had
3     really experienced video chatting.  I called grandpa, and he
4     answered.  All I could see was his ear until I told him that I
5     am looking at his ear and he needs to look at the phone screen.
6     He was so shocked to see we were looking at him.

7          We showed him the ultrasound, which then he ran to grandma
8     to show her.  She had just finished showering and hadn't fixed
9     her hair yet.  As soon as she saw us looking at her, she ducked
10    and pushed the phone away so quick.  Once she looked decent,
11    she grabbed the phone back and saw our ultrasound and was so
12    excited.

13         She had been waiting for us to have our first kid.  Now,
14    our daughter will never get to personally see the beautiful
15    personalities of grandma and grandpa Flores.  She will never
16    get the opportunity to show the smart, cuddling, loving, funny,
17    gorgeous great granddaughter God blessed us with.  All she can
18    get now are pictures and stories of how wonderful they were and
19    how much they would have loved her.

20              MR. HANNA:  Your Honor, at this time the Government
21    would respectfully suggest to the Court this might be a natural
22    place to break for lunch.

23              THE COURT:  Ladies and Gentlemen, let's reconvene at
24    1 o'clock.  We will resume our proceedings at 1 o'clock.

25         We are in recess.

1                          [Recess taken]

2              THE COURT:  Mr. Hanna?

3              MR. HANNA:  Thank you, Your Honor.

4        At this point the Government will like to read into the

5    record the Victim Impact Statement of Mr. Raul Melendez.

6        First of all, I'm going to start off with good afternoon.

7    As a United States army veteran, I served my country and fought

8    against radical ideology to defend my country.

9        When this atrocity happened to my family, I blamed myself

10   thinking I could have done more in my service.  When I served

11   my country, I came back with PTSD, something I wish on no one.

12   But what you did, now my daughter has the same thing I do, and

13   a 9 year-old who never seen combat had experienced something

14   far worse; an American who decided to harm innocent people

15   based on race and hatred.  In your manifesto, you said you were

16   defending our country, but you did nothing but scar America.

17       I would like to say this individual sitting in front of us

18   is not a human being, and in my opinion doesn't deserve human

19   rights.  The pain he caused us, and the community, as well as

20   the nation is something human beings don't do.

21       No one is born with hatred.  It is taught.  At some point

22   your parents failed you on this and should be sitting right

23   next to you in this courtroom because that is where you learned

24   this hatred.  If your parents truly loved you, they would have

25   found help for you and noticed things you were buying, things

1   that were being delivered to your house that was used in this

2   event.  I blame them as well.

3       If it were up to me, you would be chained to the back of

4   the truck face down and dragged back to wherever the hell you

5   came from.  That would be justice.  Luckily for you that is not

6   the case.

7       I hope whatever prison you go to that you are not put in

8   solitary confinement.  I hope you're placed in the general

9   populace of that prison.  I hope that general populace is

10  Hispanic and finds out who you are.  I hope they can provide

11  the justice that we need because, again, you are not a human

12  being and do not deserve human rights.

13      The hatred and damage you caused did not break us.  America

14  was built on the sole purpose of those wanting to live the

15  American dream.  Nowhere does it say anyone is excluded to

16  this.

17      The last thing I will say is, when the state trial happens,

18  I hope time in prison isn't even in question.  I hope it is the

19  death sentence.

20      Your Honor, at this time the United States would like to

21  read into the record the Victim Impact Statement of Krystal

22  Alvord.

23      July 2019 is the last time I saw my dad.  He brought my mom

24  and niece down to Colorado to visit for the Fourth of July.

25  Looking back now, we had a great time and I am so thankful I

1    was able to have that time with him.  Because one month later,

2    you decided to come to El Paso and shatter our world with your

3    mindless violence.

4        I will never forget hearing the panic in my sister's voice

5    as I called to ask what was going on.  Dad, mom and my niece

6    were doing a little shopping at the Walmart down the street.

7    At that time there was no word on my dad, but my mom and niece

8    were out.

9        My husband and I threw some clothes in a bag, loaded our

10   dogs up and made the drive down to El Paso.  The day after,

11   they had the families of missing loved ones meet at MacArthur.

12   We waited hours and hours to be told what we already knew, that

13   our dad was killed.  He protected my mom and niece pushing them

14   out of your gunfire.

15       That day, you took so much from my family; a husband, a

16   loving father and an amazing grandfather.  The grandfather that

17   my son will never meet and wish every day he was here to see my

18   son grow and to offer advice on raising a rambunctious boy.

19       Every day, I wonder what your parents did to raise someone

20   like you.  Was your life so horrible you had to come to another

21   city and commit mass murder?  Are they embarrassed?  You can

22   answer, do they still support you?

23       I keep hearing people say, you have to forgive him, it is

24   the Christian thing to do.  Well, I don't forgive you, and I

25   will never forgive you.  I hate you.  I see you sitting here

1   today nodding, and shaking your head, rolling your eyes.  It is

2   disgusting.

3       I sincerely hope you're sentenced to death.  I hope you end

4   up in a largely populated Hispanic prison, and in that prison I

5   hope you go through the same anguish you have put us through.

6       Your Honor, for the record, these two statements were made

7   by family members of David Johnson, deceased.

8           THE COURT:  Thank you.

9       Mr. McDonald?

10          MR. McDONALD:  We would like to invite Martha

11  Santiesteban to provide a Victim Impact Statement.

12          MS. SANTIESTEBAN:  Good afternoon, Your Honor, and

13  everyone else who can walk out freely today.

14      As I stand here, I glance at the Defendant and I see a

15  shell of a man, remnants of a life that could have been.

16  Instead, it is kind of over as we know it.

17      You know, Nick, if you knocked on the door of any of those

18  victims, they would not have shot you.  They would have

19  probably asked if you are okay.  They would have invited you in

20  and they would have fed you, all of those people.  They are a

21  benevolent people.

22      We're a benevolent people.  We are.  Have you ever heard of

23  a Hispanic shooting up a rodeo or NASCAR event?  Have you?  No.

24  We're a benevolent people.  They didn't do anything to you.

25      As a matter of fact, my dad was 90.  He was a card carrying

1  union member, he was an ironworker and had seven kids, same

2  wife for 70 years until that day.  I don't know how many

3  grandkids and great grandkids, but he lived a life, Nick.

4      My mom, she is 91 now and is on her fourth surgery.  Just

5  so you know, 91 year-old in a walker.  Picture your grandma,

6  Nick.  And what did they do to you?  It was the color of their

7  skin.  This is why you are here.

8      I just -- I can't help but blame he was emboldened by our

9  former President.  He opened the door and said, go ahead, it is

10 fun.  Then again, this massacre would not have been possible

11 without easy access to guns, rapid fire weapons.

12     Governor Abbott, shout out to Governor Abbott.  He

13 encouraged Texans to buy more guns.  We need you to buy more

14 guns because California is outpacing us on buying guns.  It is

15 what he said.

16     Nick, it is not really all your fault.  You were

17 indoctrinated.  Congress, you are here too, Congress.  You

18 should be sitting right next to Nick.  They have done nothing.

19 They are the only body of leadership in our country who can do

20 something and have done nothing on gun violence; nothing.  They

21 are in bed with the NRA.  That's you know -- Merrick Garland,

22 do your job.

23     What you did was slaughter innocent people because of the

24 color of their skin.  These people couldn't help it.  They were

25 born that way.  They have full lives though.  More than you

1   will ever have.

2        You know, there is a parable in the Bible, and it says a

3   man goes to hell, and he sees how horrible it is, and he says,

4   please, let me go back to warn my family.  He says, let me go

5   warn my friends.  He is not allowed, Nick.

6        But you, you can.  You know when you get that fan mail from

7   the racists that encouraged you, let them know how it is.  Let

8   them know how good you have it.  Let them know how your life

9   has turned out, Nick.  I don't think it is any good.

10        Anyway, what I want you to know is killing random innocent

11   people does not make America great again.

12             MR. McDONALD:  The United States would next invite

13   Luis Juarez for his Victim Impact Statement.  Both Luis Juarez

14   and Martha Santiesteban are the son and daughter, respectively,

15   of Luis Alfonso Juarez, deceased, who are named in Counts 13

16   and 36.

17             MR. JUAREZ:  First of all, I want to offer my

18   condolences to all the families and all the people that were

19   affected by this shooting.

20        It has been almost four years, and yesterday was the first

21   time that I seen the Defendant here, and I even avoided even

22   looking at his picture for the last four years.  I just didn't

23   want to see him.

24        Now, I got to tell you, you are one ugly son of a bitch.

25   I'm sorry.  On top of that, you are just like a little boy.

1   You just never grew up.

2       People like you don't do good in prison.  The best you can

3   hope for is to become somebody's girlfriend.  Practice putting

4   on your makeup and choose your lipstick because the big house

5   and the prisoners are waiting for you.

6       My name is Luis Juarez, Junior.  My father Luis Juarez,

7   Senior was one of the victims killed in the shooting.  He was

8   90, 90 years old.  Who does that?

9       My mother Martha Juarez was also shot and severely injured

10  but survived; just a bad shot.  She still is suffering today

11  with a pain from the steel rod that replaced her humerus bone

12  in her left arm.  Just a couple of weeks ago, she had to go in

13  for another surgery because the steel rod is just giving her

14  problems.  She has limited use of her arm.  She was 87 years

15  old when you shot her, 87.  Who does that?

16      This incident devastated our family, just like all the

17  other families here that fell victim to this monster, just a

18  monster sitting there.

19      My parents depended on each other for moral support and

20  physical tasks around the house.  They were just old people

21  trying to live out their lives until you arrived.

22      With my father gone, we will miss him very much.  My mother

23  has suffered a great deal.  She misses him more than ever.

24  They were married 70 years.  That's a lifetime.

25      My mother remembers when my father was shot.  She said his

1   face was half gone, and she yelled out his name in a panic.

2   That's when this guy, right there, turned his weapon towards

3   her and shot her.

4       After committing this horrible crime and killing all these

5   innocent people, he decided he wanted to live.  This coward

6   gave up because he feared for his life.  He chose to save

7   himself.  So, here we are.  The first responders should have

8   shot you where you stood trembling like a little girl.  They

9   would have saved us a lot of trouble.  You didn't hesitate to

10  shoot and kill all these people.  You didn't hesitate not one

11  bit.

12      I don't know what went through your mind.  That manifesto

13  could have been written on a roll of toilet paper because it

14  could have been used by somebody; just garbage.

15      There has been claims of schizophrenia.  There is thousands

16  of people that are affected by this condition, but they don't

17  go out and commit mass murder like you did.  They don't do

18  that.  Yeah, they are a little bit crazy, they take their meds,

19  but they don't go out and kill people like you did.  It was a

20  hate crime, and somebody drilled into your head that it was the

21  right thing to do.  I don't know.  Only crazy people like you

22  know.

23      There is no glory in shooting old people, women and

24  children.  There is no glory in that.  What the hell is wrong

25  with you?  Look at me, I killed a lot of people.  You did that

1  to fulfill some kind of warped ideals and hatred you feel for

2  people that are different than you or you perceive to be the

3  enemy.  Come on, even crazy people know better.

4       There is no forgiveness for this crime.  It is

5  unforgivable.  There is nothing here for you as far as

6  forgiveness.  Life sentence is not justice for you.  He should

7  not be breathing.  People that think like you if they were

8  killed immediately because of what they did, they would not do

9  it again or would not do it as often because they knew they

10  would be killed.  Now, they keep doing it.  I give up, here,

11  take me to court.

12       You are not -- you don't deserve to be breathing, let me

13  put it that way.  When you die in prison, and you will, maybe

14  somebody will remember after so many years.  If you survive

15  because, like I said, people like you don't do well in the big

16  house.  Somebody remembers to claim your body, maybe.  Here's

17  Patrick.  Even if someone claims your body, your soul is going

18  straight to hell.  You know that already.

19            MS. ACOSTA:  Your Honor, the Government invites

20  Margaret Juarez to make her statement.

21            MS. JUAREZ:  Good afternoon.  My name is Margaret

22  Juarez, daughter of Luis and Marta Juarez.

23       First, I want to say to the families who were impacted that

24  day, I am so sorry for your loss and trauma that you have

25  experienced and continue to experience daily.

1       Both my parents were shot that day, as my brother and
2    sister have noted.  My father Luis Juarez was the oldest of the
3    victims killed, 90 years-old.  My mother was shot as well.  As
4    my brother and sister have said, she had her fourth surgery
5    because you shot her in the arm, and you killed my father.
6       There is no doubt that this tragedy has changed our lives
7    forever, but our collective grief and healing, I believe, can
8    lead to resilience.
9       I want to say to you, I think we have established here,
10   Crusius, that you are a coward.  I think there is consensus in
11   here already on that.  Because who else does that?  Only a
12   coward can kill innocent people.  But you are more than just a
13   coward.  You are a racist, white supremacist coward, which in
14   my lexicon means you are ignorant, and hateful and your
15   ignorance led you to hate.
16      So, I'm not sure what they taught you in school in Allen,
17   Texas, but it seems you do not know history.  You see, you
18   think that this is your country that needs protecting from
19   Hispanic invasions.  Because as we heard our former, what some
20   people call, President use hateful, demeaning language towards
21   a group of people saying there was an invasion.
22      Let me tell you something, native Americans and Mexicans
23   were already here in Texas when your American settler homies
24   rolled up.  We were already here, dude.  You hear that?  We
25   were here when the American settlers rolled in.  Think about

1    that when you say it is your country that you're defending.

2    The only invasion is in your white nationalist head and in the

3    heads of your neo-Nazi fan club.

4        Yeah, we know you communicate with those other ignorant

5    white supremacists, but all of you put together will never hold

6    a candle to the contributions my father made in this country or

7    any of the massive contributions the people in this community

8    have made in this country.

9        What have you and your racist little friends contributed?

10   Hate?  Yeah, hate.  You claim there is an invasion of

11   Hispanics?  Oh, Crusius, you ain't seen nothing yet.  Talk

12   about being outnumbered.  You are about to go to a place where

13   you will live mostly among black and brown people.

14       That's the irony here.  Because of systemic racism that

15   exists in this country, which you have benefited from greatly,

16   whether you know it or not, our prisons are filled with black

17   and brown people.  You thought you were protecting your country

18   from people like this community by cowardly shooting them only

19   to end up in a place full of black and brown people.  Good luck

20   with that.

21       You are unfortunately and ultimately a product of the

22   hateful, racist history of this country and likely also of a

23   flawed school system that failed you by not teaching you real

24   history of this country.  The very country in which, very

25   likely, your ancestors came as immigrants.

1    So, we established you are a white supremacist, racist

2    coward who communicates with other little racist cowards

3    because you all think we're taking something away from you.

4    That's a stupid, scarcity mindset.

5    The truth is that we Latinos, Hispanics, what we have done

6    is we made this country a hell of a lot better.  Yeah, this is

7    our country.

8    See, your little privileged ass couldn't appreciate the

9    freedom afforded to you in this country because you were so

10   worried about immigrants taking something away from you.  Well,

11   Crusius, the only thing we're taking away from you today is

12   your freedom.

13   That's right.  We will continue, all of us here, to enjoy

14   our freedom in our country while you swim in the waters of

15   prison life filled with black and brown people, and, again,

16   good luck with that.  Now, we are going to go and enjoy the

17   sunshine, maybe some margaritas and good food later because we

18   still have our freedom in our country.

19         MS. ACOSTA:  The Government invites Marina Trujillo.

20         MS. TRUJILLO:  Good afternoon.  Make sure you're

21   looking at me.

22   Seeing you for the first time in person yesterday was as if

23   my face had a mind of its own, and all I could do was scowl at

24   you.  It wasn't because of the way you look.  Your disgusting

25   hygiene of long, greasy, unkempt hair that you couldn't brush

1    before you came here today, the look on your face, the same

2    facial expressions from your mugshots and your yearbook

3    pictures.

4        Then yesterday, I observed your behavior as we listened to

5    some of the statements yesterday, and I couldn't help but

6    notice your head nodding and tilting, your smirk, your eye

7    rolls all in response to your excessive need to validate your

8    hateful actions.

9        I see you.  I spotted each of your most basic signs of

10   behavior problems through your body language, and every time

11   you make one of those movements, it makes me feel better

12   knowing that you're intimidated by all of us.

13       Now, about this -- it will be quick.  About this whole

14   Hispanic invasion concept you have.  How can killing 23 people,

15   some not even of Hispanic or Mexican descent, how did injuring

16   and killing them resolve your racist Hispanic invasion concept?

17   You are really a special kind of stupid.  You can no longer be

18   helped.

19       I will educate you on something.  When there is a wildfire,

20   okay, it causes a lot of damage and devastation.  What a lot of

21   people forget is that wildfires actually in the aftermath

22   enrich the soil, which actually promotes new growth for plants

23   and life.  So, in the end, you realize you can't keep it down,

24   you can't keep us down.

25       You murdered my grandfather, the oldest of them of all the

1    victims.  I will never forget that day, ever.  It was supposed

2    to be a fun day.  Look at me.  I took my baby, my son, my boy

3    to have some fun at the little gym, make a fun day of it.  Then

4    I get a text from my mother saying that there was a shooting

5    and that my grandparents were hurt really badly right when I

6    was driving with my baby in the car.

7        My grandfather had so much longer to live even at 90 years

8    old, and I don't care that he lived a full life as I have been

9    told many times.  He would go out and do productive things,

10   seize the day, while you stayed at home with no friends,

11   playing your video games, wanting so much to be accepted by

12   society.

13       My grandfather was still active in his age, along with my

14   grandmother, who you also shot.  The loss of him will always be

15   in our hearts, and just like the aftermath of a wildfire, we

16   will regrow.  It is already happening.

17            MS. ACOSTA:  Ms. Juarez and Ms. Trujillo are relatives

18   of Luis Alfonso Juarez, deceased, Counts 13 and 36.

19            MR. HANNA:  Your Honor, at this time the Government

20   would like to invite Ms. Karla Romero to the podium to provide

21   her statement.

22            THE COURT:  Yes, sir.

23            MS. ROMERO:  Look at me, I'm free.  Look, I can walk,

24   I can stretch my hands.  Oh, my goodness.

25       Hello there, Patricia, soon to be Patricia.  My tacos

1   tasted better yesterday.  They tasted amazing.  I savor them.
2   You know why?  I see you.  In a room full of people, you are
3   the weakest one.  Take off the handcuffs, and I bet I can take
4   you.  You are nothing, Patricia.  You are afraid of the truth,
5   and I know you know the truth.
6        I have been watching your facial expressions since
7   yesterday.  Laughing, nodding like if you're in the sort of
8   denial or like if you are still in the face of denial.  There
9   is nothing you can say that can bring justification to what you
10  did.
11       I am a morality student.  I study morality, ethics and law.
12  I can tell you right now, I am not going to preach to you about
13  God because it is useless.  But one thing is for certain, you
14  will not be able to find him, not in your weakest moments
15  either.  You will not be able to find him in a Bible, not in
16  prison, not in those four walls of concrete.  I see you,
17  Patricia; clear.  See, my mom did not raise a fool.
18       My mom used to tell me when I was a kid, fear doesn't
19  exist.  It wasn't until now that I realized what she meant.  My
20  mom was Mexican, a very wise, beautiful woman, wise beyond her
21  years.  There is no need to cry.  Don't cry, take it, take it.
22  Feel it, but don't fucking cry.
23       Your tears mean nothing to me, nothing.  I have no empathy
24  for you.  I don't even feel sympathetic for you.  I see you,
25  Patricia, the white supremacist.  I know more about you than

1   you know about me.

2       It wasn't until now that I realized what my mom meant by

3   fear doesn't exist.  The reality of it is that only truth

4   exists.  There is no good, and there is no evil.

5       Now, don't get hyped up in thinking I'm telling you that

6   you are not evil.  In reality, the facts -- I don't have a

7   measurement to say or to measure how good or bad you are, but

8   the truth is that you were sold a lie in exchange of your life.

9       There is no superior race, and you know that.  Everybody in

10  this room knows that.  You deny that truth.  I know you know

11  the truth.

12      I didn't have -- when that happened -- I read your

13  manifesto as well.  When that happened, you fled the scene.  In

14  your manifesto, you were expecting retaliation.  You armed

15  yourself, and you prepared yourself, and you drove all the way

16  from I don't know where to come to El Paso, and, with a weapon

17  of war, you aimed not in an act of defense but at defenseless

18  people.  You were expecting retaliation.  You wore eye

19  protection.  That's how afraid you were of retaliation; wear

20  all types of protection.

21      Patricia, soon to be Patricia, the reality is that you were

22  fed a lie, okay?  You went in there seeking retaliation from my

23  mom who was only 62 years old.  You shot her in the head.  Look

24  at me when I am saying that.

25      Take accountability.  Nothing you can say that -- look, I

1    know you are in denial right now.  You're looking for ways to

2    blame it on anything; my grandma, because of my parents,

3    because of my bullying, because of my lack of attention.  You

4    were the one holding the gun.  You were the one that made the

5    decision to pull the trigger.  You had no friends involved.  It

6    was all a solo act.  You made the choice.  Nobody influenced

7    you.  You, you made that choice.  You know the truth.

8        The moment that you fled that scene -- how to make you

9    understand?  There is only two reasons why a man will be afraid

10   of dying.  You were too afraid to die that day, weren't you?

11   With all of that protection, you even fled.  You were hoping to

12   die.  I read your manifesto, and I see you.  I'm seeing you

13   right now.

14       So, there is only two reasons why a man will be afraid of

15   dying.  1; because he has not lived a day in his life, and 2;

16   because he doesn't believe in what he is fighting for.  I know

17   the truth, Patricia.  You were sold a lie, and everybody in

18   this room knows it.  You bought that lie in exchange of your

19   life.

20       I wish I could pity you.  I really do.  After yesterday,

21   all those facial expressions while the victims were talking.

22   You are doing it right now as well.  You can't hide from me

23   because I can see you.  I can see you.

24       Those two lawyers, they are just doing their job because

25   that's due process.  Those marshals back there, they are just

1   doing their jobs.

2       One thing that you probably didn't know about white

3   supremacy was that white supremacy thrives on the ignorance of

4   oneself.  I am not ignorant.  I know the truth.  Knowledge is a

5   very powerful thing.  It's something that you don't understand.

6       Now, back to what my mom would say to me; fear doesn't

7   exist.  It's true, it doesn't; only the truth.  I am not afraid

8   of you.  I believe I can take you.

9       I believe in my heart that my mother would have not held a

10  grudge at you, but she left behind four kids.  Look at me.

11  Four kids, very wise kids.  She's not gone, and she will never

12  be gone.

13      You are going to see me again.  I will keep looking at you.

14  You are going to see me again in the state trial.  I know you

15  know that before everything you knew you were a dead man

16  walking by what you had between those ears.  You can deny it

17  all you want.

18      Everybody in here someday -- one thing is for certain for

19  all of us in this room.  We're going to be gone one day.  You

20  are as much as fragile as anybody in this room.  Because you

21  believe a lie, you think you are not, but the cruel reality is

22  going to be otherwise when everything is over.

23      You will understand the reason why everybody in this room

24  disowned you as a human.  Some even described you as the devil

25  and a monster itself, but you haven't seen anything.  You

1    haven't seen anything.  When all of this is over, nobody is
2    going to issue you protection gear or safety glasses to see
3    where you're at in prison; no bodyguards.  If I were you, I
4    would be afraid.

5        Look at me.  Whether you want to deny it or not, you are
6    going to see in pure flesh what it is to be in hell.  Nobody in
7    this room is going to feel it but you.  Not your buddies, your
8    parents are not going to be there.  Your grandma is not going
9    to be there to give you some type of words of resiliency.

10       You will try to look for God, and you're going to find him.
11   I am telling you that.  I study morality.  Just as the white
12   supremacist invented a lie, you are going to be fed lies for
13   the rest of your days.  It is going to be pure hell for you
14   because you have no sense of what real knowledge is.  Ignorance
15   is not bliss, and you know that.

16       I look at my future and the future of my family.  I will
17   tell you what, in our -- I will rub it in your face.  I am
18   going to get out of this prison of this trial.  Not you, you're
19   not ever getting out of prison just to make that clear whether
20   you want to accept it or not.

21       The moment I get out of here, I am going to honor my mom,
22   something that you can't even do for your own family.  There is
23   nothing you can do.

24       Like, you think these two lawyers have your back?  They are
25   just doing due process so you can get a fair trial.  That's the

1   reality of it.  You have nobody, and the liars that fed to you

2   this ideology are only going to talk to you, and I know you

3   know the truth.  The truth is not easy to deny either.

4       I have been watching you struggle since yesterday.  You

5   can't handle the truth.  You can't run from it either.  That's

6   the beauty of life, the raw essence of life.  That no matter

7   how many clouds we have over our heads, we are still here

8   present.

9       Sometimes it is hard to believe that you are still alive.

10  Then I can see why.  No matter which way you run, you got two

11  choices; death or face the truth.  You are afraid of both of

12  them.  Now that's true hell.  That is true hell.

13      I was hesitant to talk about my mother, but I'm going to

14  point out that some of the people that were talking to you had

15  some effect on you.  Specifically, the older ones who are the

16  wisest ones in the room.  I came to figure that somehow you

17  were close to your grandma, someone older than you.

18      Yeah, I said her, grandma.  Your grandma.  You were not

19  close to your grandma?  Speak up.  I don't understand you.  I

20  don't speak ignorance.

21      Anyway, so, since your word is not even valid in court --

22  like I said, I feel no sympathy, nothing for you because I see

23  you.  I see your true self.  There is no justification.

24      It is so funny to me because at the beginning of

25  everything, you were laughing.  You had such balls to laugh,

1   and you are all chained up.  You have a jumpsuit on.  Did you

2   realize that?  You have handcuffs on.  That jumpsuit you're

3   probably going to wear for the rest of this time, and you're

4   going to switch to another jumpsuit, but the stupidity that

5   someone has to have to still laugh while handcuffed.

6       You're nothing.  You have no speck of intelligence, no

7   sense of reality, which I believe you do.  You're just afraid

8   of it.  Nothing, nada.

9       There is the theory of race in here.  It was -- I read your

10  manifesto.  You know, I agree with most of the victims here.  I

11  read your manifesto, your articulation.  I don't know where you

12  went to school.  I am pretty sure it was really bad rated

13  because to think that you can come up with something like that

14  and call it critical thinking, it makes me giggle.

15      You are a bit like the biggest joke.  No matter what you

16  do, even if you get in contact with your white supremacist

17  people, they are all freaking just like you.  But the truth is

18  you are this tiny little amount.  It is all fictitious.  It is

19  all a lie.  There is not a million, bazillion white supremacist

20  Nazis coming to take over the country.  You're this small, like

21  this, because it is all based on lies that they fed you to

22  think.

23      I pause to see you because I want to remember your face.  I

24  do.  One day, I am going to die.  That's for certain.  I will

25  reunite with my mom.  I am not going to shed a tear or even

1   share anything about my mom because you don't deserve it.  You

2   don't deserve to hear anything.

3        As a matter of fact, in regards to my mom, but I do want to

4   remember your face because all the people sitting here one day,

5   we are all going to die.  I want to remember how a cowardly

6   choice made by just an unwise, unintelligent, fictitious, false

7   human excuse is going to spend the rest of their days.  I want

8   to see that face because while I am living my life, while I am

9   honoring my mom, I get to see how stupid you are, how idiotic

10  of you to laugh at victims' statements, how much of a coward

11  you are to face reality.  You're this small.

12       You're nothing until you face the truth.  When you face the

13  truth, it is even going to be worse.  I am telling you that.  I

14  would advise you to have the balls to look at yourself in the

15  mirror and face the truth.

16       I'm not going to advise you to kill yourself either.  I

17  don't think you have redemption, but I know you're going to

18  suffer tremendously one way or the other, and the only word of

19  advice is that you see the truth and I know you know the truth.

20  There is no superior race, and that you're a piece of shit.

21  You are a coward.  You are ignorant.  You were unwise,

22  immature, and you soon will be called Patricia.  That's another

23  reality.

24       I have jokes too.  You're tinier than me.  You think you

25  can take me?  You are a kid, dude.  When I was your age, I was

1    in the military.  When my sister was your age, finishing

2    college.  You are nothing.  You're far behind everybody.

3    That's the truth.

4         Anyway, after this I'm going to go eat some tacos.  You

5    know, put a little good salsa and limon.  I am going to savor

6    those tacos because today is a good day; a very, very good day

7    for me.

8         Anyway, I have nothing else to say to you other than I will

9    see you in the state trial because you're going to see me

10   again.

11        Bye, Patricia, and I will see you on the state trial.  I

12   hope you face your truth, piece of shit.

13             MR. HANNA:  The statement was given in support of

14   Gloria Marquez, Counts 17 and 24.

15             THE COURT:  Mr. Hanna, who is the next speaker?

16             MR. HANNA:  The next statement will be one that is

17   read, Your Honor.

18             THE COURT:  Yes, sir.

19             MR. HANNA:  That statement is from Leta Cuellar.

20        My name is Leta Cuellar, sister of Jordan Anchondo.  Today,

21   you hear my truth, the inconvenient truth you dealt me.

22        When everything had happened, I had so much to say and so

23   many questions to ask.  Here we are four years later, and I

24   feel as though the questions I had have left me, and the words

25   I had many of have now come to few.

1    I have come to terms with the fact that my two greatest

2    friends were taken from me, and in replace of them is now two

3    shallow graves to which I now talk.

4    At the beginning, I read as many articles as I could that

5    came out after the shooting so I could better understand who

6    you are and what made you feel the need to do this.  I read up

7    on what your parents do for a living, what your sister majored

8    in college, about your upbringing as a child.  None of it made

9    me feel as though this could create the monster that is now in

10   front of us.

11   Then it clicked.  The monster isn't formed from the

12   outside, but formed from within.  What started as a seed of

13   dislike for a certain race, grew into a field of weeds spewing

14   hatred.  You wanted so badly to hate a race that you couldn't

15   allow yourself to see them as the mothers, fathers, brothers

16   and sisters that they are.  I will remind you of that now.

17   Jordan was a mother of three.  She loved watching football

18   with her dad, often cracking jokes about the crazy life of

19   motherhood and always put everybody before herself.

20   Andre Anchondo was the life of the party; devout husband,

21   amazing dad and good person.

22   David Johnson was a husband and grandfather.  He was a

23   veteran and a golf lover who thought the world of his

24   granddaughter.

25   Javier Rodriguez was a sophomore in high school.  He loved

1   video games, and enjoyed playing soccer and loved hanging out

2   with his uncle as much as possible.

3       They are just four of 23 human lives that were lost in a

4   matter of minutes.

5       The impact of this crime extends beyond our sufferings.

6   Our family and loved ones have also endured immeasurable pain

7   and anguish as they witnessed the aftermath of this incident.

8   They stood by each one of us providing unwavering support, but

9   their lives have been irreparably altered as well.

10      The once stable and harmonious dynamics within our family

11  unit have been disrupted, and the bonds of trust have been

12  strained, but this won't break us.  We now love harder, hold

13  each other tighter and cherish the good times more than we ever

14  had.

15      My sister left behind three amazing kids who now get the

16  opportunity to remind you for as long as you should live that

17  love is greater than hate.

18      Now, although I can't be here physically today to look you

19  in your eyes and read this, I promise you that I will be there

20  when you're finally held accountable for your actions, and you

21  will remember these words spoken today, and my sister Jordan.

22      Leta Cuellar is the sister of Jordan Anchondo, Counts 2 and

23  25; the sister-in-law of Andre Anchondo, Counts 1 and 24; and

24  the aunt of PGA, Counts 47 and 69.

25      Your Honor, at this time the United States would like to

1    invite Ms. Misti Jamrowski to the lectern to give a statement.

2         MS. JAMROWSKI:  Before I start, this is the first time

3    that I seen you.  I have waited looking at you.  I look at you,

4    and I can't help but wonder why.  I wish you would turn around

5    and look at my daughter.  I knew you wouldn't.  Let's continue.

6         I want answers as to what happened to my daughter so I went

7    looking for them.  I watched the movie 915.  For the price of a

8    movie ticket, I saw the torture of my baby after she had been

9    hunted and shot by you.  None of this had been revealed to me,

10   her mom, beforehand.

11        I had to educate myself on the death of my baby.  I saw my

12   baby dragged by her feet after sustaining a bullet wound, by

13   two policemen, over and through another victim's blood while

14   her blood left a trail behind her.  She had only given birth to

15   our Pablito two months and ten days prior to this.  I can only

16   imagine the pain she was experiencing as she had not healed

17   from that.

18        I saw she had blood on her feet and no shoes on.  I watched

19   her fall four feet from the ground of the front of a shopping

20   cart.  No one was helping her.  I saw her laying on asphalt

21   motionless, my Jordan.  I have yet to receive an explanation,

22   of course, from you.  Also, from the El Paso Police Department

23   as to why they moved her in this manner without the proper

24   medical training to assist a mass victim, and also to let me

25   know if they have instituted any protocols in the event such

1  action occurs again.

2      My husband and I are not anti-police.  We thank them for

3  their needed service to the community.  I just want to know

4  why.  This question keeps going through my mind.

5      I was told she tried to call me that day, and I didn't get

6  the call.  That haunts me to this day.  If I would only

7  received her call, I could have been there.  No one on God's

8  green earth could have stopped me from my baby.  I would have

9  gotten there, and I would have helped her.

10      The other victim that was present told me she tried to call

11  her Mama.  At the time this was occurring, as is very normal in

12  our life, I was at a funeral for my friend that had died of

13  cancer.  I constantly see the image of the picture we had to

14  identify her with in my head all the time.  She still had dried

15  blood on her arm.

16      August 3rd, 2022, my husband and I were eating together for

17  the first time alone in three years due to the pandemic and

18  both of us trying to be safe because we are both

19  immunocompromised.  We then noticed an article by El Paso

20  Matters going into detail of what happened to our Jordan, Andre

21  and baby Paul inside the bank.  I don't know why this was being

22  allowed because of the gag order that is in place, but it only

23  applies to certain people I learned, right?  Nobody enforces it

24  unless it is certain people.

25      We read in horror about what was happening to our daughter,

1   and we just broke down crying.  She, and our son-law and the

2   other bank customers were locked out of the vault while the

3   bank employees safely locked themselves inside and saved

4   themselves, and their customers, Jordan, Andre, baby Paul were

5   left outside to fend for yourselves, right?

6       This magazine released an article on the anniversary of the

7   shooting, very El Paso proud we need to say.  To them, another

8   August 3rd article, but to us unknown facts that resets our

9   morning clocks back to August 3rd, 2019, and completely crushes

10  us.

11      During this tragedy, there were many positives.  I would

12  like to thank former mayor Dee Margo and his staff for being

13  good people and always making this about the tragedy and not

14  about making it political.

15      I would also like to thank all the people and companies

16  that donated to our family.  We are truly grateful.  It helped

17  ease our stress during one of the worst periods of our lives.

18  All of the people of El Paso worldwide who showed up and

19  supported our family, and all the rest of the families, and,

20  last but not least, our friends and family who built us in the

21  darkest time of our life.

22      Some of the local news media outlets only portrayed Jordan

23  as having one child.  She has three.  We have 50/50 custody of

24  Paul and full custody of his sister Skylar.  Paul has been with

25  both families since the beginning.  When some in the media

1   portray one family with sole custody of Paul, this affects Sky.

2   She starts crying because she thinks she is now going to lose

3   her brother; more pain, more hurt.

4        Right after the shooting happened, Jordan's five year-old

5   daughter Sky said she wants her mom with the yellow hair when

6   standing by the door waiting for her parents to pick her up and

7   cry.

8        I don't know if you have ever seen a five year-old mourn

9   the loss of both of their parents.  It is horrific.  She would

10  cry and ask for her parents all the time.  She did not sleep

11  much during that period of time.  We were at our doctor, Dr.

12  Bravonovich, a lot at the beginning trying to navigate the

13  waters of child grief on top of everything else.

14       She thought you were going to come for her too.  She had a

15  kid at school tell her, did you know that people bled out that

16  day on that August 3rd?  When she heard about Uvalde, she was

17  scared to go to school because she looked at me, and she said

18  Yaya, you see this one?  He is hunting kids.  She made sure the

19  doors were locked for months after that as she was all too

20  familiar as to what can happen to a person because it happened

21  to her parents.  How do you explain all of these things to a

22  child?

23       We are no strangers to tragedy.  April 2015, my youngest

24  daughter Lita endured a head injury.  January 2017, my

25  daughter, middle daughter, Ashley had heart surgery.  May 2019,

1    I was diagnosed with multiple sclerosis, and I am still

2    fighting with this every day.  If you do your research, it is a

3    brain disease.  I go to receive infusion as needed to help with

4    it.  Stress effects MS so going through all of this has

5    effected my health dramatically.

6        August 2019, we lost Jordan and Andre.  December 20th,

7    2019, my middle daughter Ashley had a stroke due to the stress

8    on her recently repaired heart from losing her best friends,

9    Jordan and Andre.

10       In 2020, my husband was in an accident.  We were told by

11   doctors his accident was caused by his body experiencing the

12   trauma and loss of our daughter and all the stress ensued

13   after.

14       When it initially happened, I stood outside of his ER room,

15   and I was told that they thought he might have tore his aortic

16   wall and he was not going to make it.  Thank God, he had not.

17   He had blood streaming in his head and hands, and his only

18   thought for me was me not to see him like that, and to fight

19   and stay here and see the kids.  He was in ICU for a week and

20   had to wait two days for the surgery to repair his back.  If

21   the damage would have been one more vertebrae down, he would

22   have been paralyzed for life.

23       My husband learned how to walk the same time baby Paul

24   learned how to walk.  Feel free to look at him.  He walks with

25   a cane now.  It doesn't end for us there.

1       July 20th, 2022, the former custody judge is found guilty

2   of judicial misconduct against our family.  She had handled all

3   three of the kids' cases.  She overturned Sky's adoption that

4   was approved by another judge for no valid reason, as she was

5   uncontested.  It left Sky without medical insurance during a

6   pandemic, Jordan's oldest child.  Thank you Dr. Bravonovich for

7   seeing her for free during that time period.  You are a true

8   friend to our family.

9       Justice has not happened for our family.  We continue to be

10  re-victimized by the system that is supposed to serve as

11  justice.  What keeps me going is her children Sky and Paul, my

12  husband Paul, my older daughter's grandchildren, my family and

13  friends, and, of course, the faith, my faith in Jehovah God.

14      I will not let hate win.  God doesn't see color.  He sees

15  us all as equal.  Revelation 14:6 speaks of God's people

16  belonging to him.  They come from every nation, tribe and

17  tongue.  I know every race is beautiful, and equal, and each

18  has its own unique gifts.  Hate or racism will never prevail

19  over loving kindness because that is not what God intended.

20      I forgive you, Patrick, because I will not have hate like

21  you.  You have to be accountable for what you have done.  You

22  hunted people.  You alone have to live with that.  I hope you

23  find God and come to terms with what you have done.

24      I have days where my mind wants to think she is going to

25  walk in the door, and come to eat with me and the babies, and

1  be there as well and this has all been a very bad dream.  Then,

2  I know the truth.  The door will not open, and she will not

3  say, Mama, I am here; not yet.

4      I want to see her see Sky bring home a paper from school

5  where she made 100 on it and is so proud of herself and give

6  her daughter a big hug and see how smart, beautiful, funny,

7  confident and resilient she is, just like her mom.

8      I want her to see baby Paul and how funny and smart he is,

9  like both of his parents, and I want her to see her dad play

10  with Paul and laugh and see how close they are.  I want to --

11  when dad tickles him, he loves it and says, do it again Papa,

12  again.

13      Sky, and Paul and dad go on their toy shopping trips and

14  have a ball.  They come home, and dad plays with them with

15  their new toys.  He is a true man.  He has no issues playing

16  Barbie or, of course, monster trucks with Paul, and sometimes

17  monster truck Barbie combo with both.

18      Sky and Paul play with their cousin Jordan when he comes

19  into town, and they are big-time buddies.

20      Seeing all this helps us heal.  I would want my Jordan here

21  to see her children playing together, and hugging each other

22  and saying, I love you brother.  And he is like, no, I love you

23  sister.  She can't.

24      Sky will just say randomly, you know, my mom and dad really

25  loved me and I miss them.  Why did he do this to my parents?  I

1    miss them so much.  I want to hold Jordan and say everything is

2    going to be all right, but it is not.  Not right now at least.

3        Her sister Lita had a son and named him, of course, Jordan.

4    She just recently had another son, and his name is Lincoln.

5    Jordan did not get to be the amazing aunt that I know she would

6    have been.  That was taken from her too.  Her sisters miss

7    calling her for advice and spending time with their big sister.

8    That was taken too.

9        I see my strong 6'1" husband of 29 years just break down

10   and cry sometimes because he misses his oldest baby girl.  I

11   will look at him, and he will have tears streaming down his

12   face.  The tears are the reminder of all the love lost and

13   suffering he has experienced.  He misses his football watching

14   partner.  They would watch the only team that counts in our

15   family, the Green Bay Packers, and she would yell just as loud

16   as her dad would, "Go Pack go."  Even married, all of our

17   daughters are loyal to the Packers because their dad raised

18   them right.

19       She was also one of his mechanic assistants.  She and her

20   dad would change the oil and brakes together.  He taught her

21   this in the event she would know how if something were to

22   happen to him.

23       I know I will see her and Andre in the future.  This is a

24   promise that God makes to us.  Our lives will never be the

25   same.  We see Andre, and Jordan, and Sky and Paul, and that is

1    who they left behind as our last gifts to us.

2        I read all the articles and watched the doctor on CNN say

3    how he tried to save her.  She had a baseball sized hole in her

4    lungs, and no amount of surgery would have ever saved my baby.

5    I am eternally grateful to him.  At the very least, he tried.

6        I imagine how scared she was during the shooting trying to

7    be quiet and seeing her husband shot and trying to protect her

8    son.  The surgeons told me she kept asking for her baby Paul.

9    Even dying, she was looking for him; a mother's love.

10       One of the surgeons went to Jordan's funeral and told me in

11   my grief stricken state that she did not die alone.  That the

12   surgeon held her hand as she died.  I did not realize how

13   important this would be to me and my healing process.  Thank

14   you for holding Jordan's hand and being there with her in her

15   last moments.  I appreciate you more than you know.

16       I would have traded spots with her in a heartbeat that

17   fateful day.  She needed to be here for her babies.  I have

18   survivor's guilt, and I blame myself for not being there to

19   save my baby.  My husband and I have nights where we can't

20   sleep, thinking about her.  Revelation 21:4 promises I will see

21   her again.

22       If my daughters do not pickup their phones when I call, my

23   mind races thinking something has happened to them.  We will

24   not be the same at this period of time, but I look forward to

25   the time I get to hug her, and hear her voice and see her

1    smile.  She has an Instagram where she is talking to her

2    daughter.  I watch it over and over so I can hear her.

3        Every month, my quality time with my daughter Jordan is

4    leaving new flowers at her grave.  I go and clean it and talk

5    to her, though I know she probably can't hear me.  I take her

6    pink flowers most of the time because that was her favorite

7    color.

8        I just want my daughter back.  That's what I ask from you,

9    give me my baby back.  Give us Andre back.  My family and I

10   will be serving our own life sentences without Jordan, at least

11   until we get to see her again.

12        MR. HANNA:  Your Honor, Mrs. Jamrowski is the mother

13   to Jordan Anchondo, and mother-in-law to Andre Anchondo and

14   grandmother to PGA.

15       Your Honor, that was the last statement that the United

16   States is prepared to offer during these proceedings.  There

17   are two logistical matters we would like to address with the

18   Court.

19       The first is that the Probation Office informed us they

20   would like to hand out some documents related to collecting

21   information relevant for restitution.  If the Court would

22   indulge us, we can have them do that at the conclusion of the

23   proceedings inside the courtroom and in the hallway.

24       The second is that the parties have discussed this today.

25   We want to clear up an issue with respect to tomorrow's

1    schedule.

2              THE COURT:  Yes, sir.

3              MR. HANNA:  Our understanding, the parties' collective

4    understanding, of the schedule for tomorrow will be that the

5    Defendant will not speak.  Mr. Spencer will provide allocution,

6    the Government will provide allocution and the Court will

7    pronounce sentence.

8              THE COURT:  That's my understanding of the

9    proceedings.

10      I want the record to be clear that the Defendant was given

11   the opportunity to speak, which I am required to do by law, and

12   he declined to do so.

13             MR. HANNA:  I think that resolves the issue, at least

14   in our view.

15      With that, we have nothing further for the Court.

16             THE COURT:  Then 10 o'clock tomorrow morning?

17             MR. HANNA:  Yes, Your Honor.

18             THE COURT:  Ladies and Gentlemen, if you just keep

19   your seats for a few moments.  Those of you, just the victims

20   that we are talking about, we will be handing out the

21   information sheets to?

22             MS. AVILA:  That is correct.

23             THE COURT:  Those of you that were victims, or think

24   you were victimized, please remain in the courtroom.  The rest

25   of you are excused.

1          We are adjourned.   Thank you.

2

3                              *  *  *  *  *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        CERTIFICATION

2                        ───────────────

3        I certify that the foregoing is a correct transcript from

4    the record of proceedings in the above-entitled matter.  I

5    further certify that the transcript fees and format comply with

6    those prescribed by the Court and the Judicial Conference of

7    the United States.

8

9    Date:  July 27, 2023

10                                   /s/ Walter A. Chiriboga, Jr.
                                     ───────────────────────────
11                                   Walter A. Chiriboga, Jr.

12

13

14

15

16

17

18

19

20

21

22

23

24

25