**IN THE UNITED STATES DISTRICT WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
|  **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 3:20-CR-00389-DCG** |
| | § | |
| **PATRICK WOOD CRUSIUS** | § | |
|  **Defendant.** | § | |

## WAIVER OF DEFENDANT'S PRESENCE AT
## SEPTEMBER 25, 2023, RESTITUTION HEARING

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

>  **COMES NOW** Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1. The defendant understands he has the right to appear personally with his attorney before the Judge for the Restitution Hearing set on September 25, 2023, at 9:00 a.m. Defendant further understands that absent the present waiver he will be required to appear in open Court.

2. Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at this case's restitution hearing.

Date: _8/9/23_        Defendant: _Pat. C_

                        Attorney for Defendant: _____

                        **ORDER**

**APPROVED** by this Court. Defendant's presence is hereby waived for Patrick Crusius.


Date: _____        _____
                        **UNITED STATES DISTRICT JUDGE GUADERRAMA**