IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK WOOD CRUSIUS,<br><br>Defendant. | § § § § § § § § § § §   Case No. EP-20-CR-00389-DCG |

## JOINT MOTION ON
## AGREED RESTITUTION

The United States of America, by and through the United States Attorney for the Western District of Texas, through the undersigned Assistant United States Attorneys, and **PATRICK WOOD CRUSIUS**, through his undersigned Counsel, file this Motion on Agreed Restitution, and in support thereof, would respectfully show this Honorable Court the following:

### I. FACTUAL AND PROCEDURAL BACKGROUND

On February 8, 2023, Defendant Patrick Wood Crusius pleaded guilty pursuant to a written plea agreement (ECF 259) to all counts contained in a ninety-count superseding indictment (ECF 82). In that plea agreement, Defendant agreed and stipulated to pay restitution in an amount determined by the Court.

On July 7, 2023, Defendant Patrick Wood Crusius was sentenced to serve ninety consecutive life sentences, five years of supervised release per count to be served concurrently, and a $9,000 special assessment.

On July 20, 2023, the Court set a restitution hearing for September 25, 2023.

Both the Government and the Defendant have reached an agreement on restitution on this case:

1.  The defendant agrees to pay restitution in the amount of $5,557,005.55 to the claimants listed in the second supplemental attachment to the presentence investigation report (ECF 298).

This agreement represents a full agreement between the parties.

## II. CONCLUSION

Wherefore premises considered, the United States and the Defendant request that this Motion be granted.

Respectfully submitted,

| | |
|---|---|
| MARGARET LEACHMAN<br>ATTORNEY FOR THE UNITED STATES,<br>ACTING UNDER AUTHORITY<br>CONFERRED BY 28 U.S.C. § 515 | _/s/ Joe A. Spencer_<br>JOE A. SPENCER<br>Counsel for the Defendant<br>1009 Montana<br>El Paso, TX 79902 |
| _/s/ Ian Martinez Hanna_<br>IAN MARTINEZ HANNA<br>Assistant United States Attorney<br>Texas Bar # 24057885<br>700 East San Antonio, Suite 200<br>El Paso, TX 79901 | 915-532-5562<br>Joe@joespencerlaw.com<br>Texas Bar # 18921800 |
| _/s/ Gregory E. McDonald_<br>GREGORY E. McDONALD<br>Assistant United States Attorney<br>Texas Bar # 13547300<br>700 East San Antonio, Suite 200<br>El Paso, TX 79901 | _/s/ Rebecca L. Hudsmith_<br>REBECCA L. HUDSMITH<br>Counsel for the Defendant<br>Office of the Federal Public Defender for the<br>Middle and Western Districts of Louisiana<br>102 Versailles Blvd., Suite 816<br>Lafayette, LA 70501<br>337-262-6339<br>Rebecca_Hudsmith@fd.org<br>Louisiana Bar # 7052 |

        */s/ Mark Stevens*
MARK STEVENS
Counsel for the Defendant
310 S. St. Mary's Street
Tower of Life Building, Suite 1920
San Antonio, TX 78205
210-226-1433
mark@markstevenslaw.com
Texas Bar # 1918420

       */s/ Felix Valenzuela*
FELIX VALENZUELA
Counsel for the Defendant
Valenzuela Law Firm
P.O. Box 26186
El Paso, TX 79926
915-209-2719
felix@valenzuela-law.com
Texas Bar # 24076745

***Attorneys for Defendant***

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | **Case No. EP-20-CR-00389-DCG** |
| v. § | |
| § | |
| **PATRICK WOOD CRUSIUS,** § | |
| § | |
| **Defendant.** § | |

## **ORDER**

On this day, came the Government and Defendant's Joint Motion on Agreed Restitution, and after considering the same, the following Order will enter:

IT IS ORDERED that Defendant PATRICK WOOD CRUSIUS pay an amount of restitution in the amount of $5,557,005.55 to the claimants listed in the second supplemental attachment to the presentence investigation report.

_____  _____
Date                    DAVID C. GUADERRAMA
                        SENIOR UNITED STATES DISTRICT JUDGE