UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff* | § | |
| v. | § § | EP-20-CR-00389-DCG |
| PATRICK WOOD CRUSIUS, | § § § | |
| *Defendant.* | § | |

### ORDER APPROVING JOINT MOTION ON AGREED RESTITUTION

In a "Joint Motion on Agreed Restitution," the parties notified the Court that "[b]oth the Government and the Defendant have reached an agreement on restitution on this case."[1] Pursuant to their agreement, Defendant Patrick Wood Crusius agrees to pay restitution in the amount of $5,557,005.55 to the claimants listed in the Second Supplemental Attachment to the Presentence Investigation Report.[2]

The Court **GRANTS** the parties' "Joint Motion on Agreed Restitution" (ECF No. 300). The Court will **ISSUE** an amended judgment reflecting the agreed upon amount.

**So ORDERED and SIGNED this 25th day of September 2023.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[1] Mot., ECF No. 300, at 2.

[2] *Id.*; *see also* Second Supplemental Attachment (Sealed), ECF No. 298.