RECEIVED
NOV 22 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | |
| v. | § § § | No. 3:20-CR-00389 |
| PATRICK WOOD CRUSIUS, | § § | (The Honorable David C. Guaderrama) |
| Defendant. | § § § | |

### [PROPOSED] ORDER

Upon consideration of the Motion to Unseal filed by the United States of America (the "Government") and the Motion to Intervene and Unseal filed by El Paso Matters, any opposition(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. El Paso Matters' motion to intervene for the limited purpose of seeking access to sealed pleadings, records, and files in the above-captioned case is **GRANTED**;

2. The Government's motion to unseal the judicial records identified as ECF Nos. 73, 233, 234, 235, 246, 247, 248, 249 1, 2, 3, and sealed attachments 1–4 to ECF Nos. 72 and 73 is **GRANTED**;

3. El Paso Matters' motion to unseal the remaining sealed judicial records in this matter, including, specifically, those identified as ECF Nos. 118, 118–1, 118–2, 118–3, 127–28, 168, 170, 184, 244, 244–1, 245, 250, 250–1, 251, 253, 260, 266-1, 266-2, 267–71, and 282 is **GRANTED**; and

4. The clerk is directed to place on the public docket a copy of all previously sealed judicial records in this matter.

**SO ORDERED.**

_____
Hon. David C. Guaderrama
United States District Judge