UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § |
| | §   EP-20-CR-00389-DCG |
| PATRICK WOOD CRUSIUS, | § |
| | § |
| *Defendant.* | § |

# ORDER REQUIRING RESPONSE BRIEF

On November 2, 2023, the United States filed a Motion to Unseal certain documents in the above-captioned case.[1] In a prior Order, the Court vacated Local Rule CR-47(b)'s 11-day deadline due to the Court's designation of this case as "complex."[2] Notwithstanding that Order, the Court orders Defendant to respond to the United States' Motion to Unseal.

Furthermore, on November 21, 2023, non-party El Paso Matters filed a Motion for Leave to file a Motion to Intervene and Unseal Judicial Records.[3] So far, neither Defendant nor the United States has weighed in on either of El Paso Matters' motions. Before the Court rules on El Paso Matters' motions, the Court wants to provide the parties with an opportunity to respond. The Court thus orders the parties to respond and file any objections to El Paso Matters' motions.[4]

Accordingly, the Court **ORDERS** Defendant to **RESPOND** to the United States' Motion to Unseal by **March 8, 2024**. If Defendant does not respond, the Court will assume it is

---

[1] Mot. Unseal, ECF No. 308.

[2] Order, ECF No. 90 ("IT IS THEREFORE ORDERED that Local Rule CR-47(b) of the Local Rules of the United States District Court for the Western District of Texas is VACATED in this case pursuant to the Court's oral order on February 14, 2020, until further order from the Court.").

[3] Mot. Leave, ECF No. 311; Mot. Intervene & Unseal, ECF No. 311-2.

[4] To be clear, the Court would like the parties to respond to El Paso Matters' Motion for Leave *and* its Motion to Intervene and Unseal Judicial Records. *See* Mot. Leave; Mot. Intervene & Unseal.

unopposed to the relief sought and the Court will consider granting the United States' Motion as unopposed.[5]

The Court further **ORDERS** Defendant and the United States to **RESPOND** to El Paso Matters' motions (ECF Nos. 311 and 311-2) by **March 8, 2024**. If the Court does not receive a response by that date, the Court will assume the parties are unopposed to the motions.[6]

**So ORDERED and SIGNED this 23rd day of February 2024.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[5] W.D. TEX. L.R. CR-47(b) (providing that a response is required within 11 days of the service of a motion, "*if* a party opposes a motion" (emphasis added)); *cf.* W.D. TEX. L.R. CV-7(d)(2) (providing, in the civil context, that if no response is filed, "the court may grant the motion as unopposed").

[6] *Id.*